

**LOUISIANA TIMED MANAGERS**

6300 Corporate Boulevard, Suite 200
Baton Rouge, Louisiana 70809-1000
(225) 906-1300 Fax (225) 906-1400

RECEIVED
MAY 0 5 2...

April 30, 2008

Kiewit LA/Massman/Traylor A Joint Venture
13119 Old Denton Road
Fort Worth, Texas 76177

Re: TIMED Program Management
SP No. 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(Const.)
SP No. 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 (Engr.)
Huey P. Long Bridge - Approaches
US 90, Jefferson Parish

Subject: **NOTICE TO PROCEED**

Gentlemen:

You are hereby authorized to commence work on the captioned project on May 5, 2008. All matters pertaining to this contract should be processed through the project engineer, Mr. Timothy D. Todd, who can be contacted at (225)906-4408 or (225)439-6197. The contractor is advised to notify his Bonding Agent of this Notice to Proceed.

Respectfully,

*Louisiana TIMED Managers*

Stephen Spohrer, P.E.
Deputy Director Construction

SS/bb

EXHIBIT
A

A Joint Venture of PB LPA GEC

Kiewit LA/Massman/Traylor A Joint Venture  April 30, 2008
Page 2

cc:  Mr. William H. Temple, P.E., DOTD Chief Engineer
Mr. Willis E. Grice, Jr., P.E., DOTD TIMED Program Manager
Mr. Toby D. Picard, P.E., DOTD Assistant TIMED Program Manager
Mr. Brian Buckel, P.E., DOTD Chief, Construction Division
Mr. Michael Stack, P.E., DOTD District Engineer Administrator
Mr. Frank Standige, P.E., DOTD District Area Engineer
Ms. Donna Painter, DOTD District Utility Specialist
Mr. Glenn Richard, DOTD ROW Permit Specialist
Mr. Hossein Ghara, P.E., DOTD Bridge Design Engineer Administrator
Ms. Staci Messina, DOTD Acting Compliance Programs Director
Ms. Luanna Cambas, P.E., DOTD Material Engineer Administrator
Mr. Lloyd E. Porta, Jr., P.E., DOTD Road Design Engineer Administrator
Mr. John Eason, P.E., DOTD Project Coordinator
Mr. Barry Lacy, P.E., DOTD Claims/Audits Engineer
Mr. John Oglesby, P.E., DOTD Project Controls
Ms. Patty O. Parsons, DOTD Financial Services
Mr. Juan Murillo, P.E., LTM Program Manager
Mr. P. J. "Buck" Frederick, P.E., LTM Deputy Construction Manager
Mr. Timothy D. Todd, P.E., LTM Resident Engineer
Mr. Billy Moore, LTM Utility Relocation Manager
State Licensing Board of Contractors
File

 

**STATE OF LOUISIANA**
**DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT**
P.O. Box 94245
Baton Rouge, Louisiana 70804-9245
www.dotd.la.gov
1201 Capitol Access Road, Baton Rouge, LA 70802

BOBBY JINDAL
GOVERNOR

WILLIAM D. ANKNER, Ph.D.
SECRETARY

April 28, 2008

STATE PROJECT NOS. 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, 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, 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, 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, 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, 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 AND 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
HUEY P. LONG BRIDGE WIDENING (WESTBANK AND EASTBANK APPROACHES AND MAIN BRIDGE DECK WIDENING)
ROUTES: US 90
JEFFERSON PARISH

Kiewit LA/Massman/Traylor A Joint Venture
13119 Old Denton Road
Fort Worth, Texas 76177

SUBJECT: NOTICE OF CONTRACT EXECUTION
Letting of March 19, 2008

Gentlemen:

Enclosed is a copy of your fully executed contract dated April 24, 2008, for the captioned project. All matters pertaining to this contract, including your recommended work order date, should be processed through the Project Engineer, Timothy Todd who can be contacted at (225) 906-1300. The Director of Construction of La Timed Managers will issue the Notice to Proceed or Conditional Notice to Proceed, if appropriate. By copy of this letter the Director of Construction is asked to provide this office with a copy of the Notice to Proceed.

At the conclusion of the project, it will be necessary for you to provide the Department's Financial Services Administrator with a clear lien certificate, before the contract's retainage bond can be returned.

If there are any questions, please contact Pamela LeCoq at (225) 379-1446.

Sincerely,

*Clifford K. Bourgeois*
per MASOOD RASOULIAN, P.E.
PROJECT CONTROL ADMINISTRATOR

MR:PSL
Enclosures
cc: __Financial Services (w/Department's original and one original per parish of work)
　__Mr. Brian Buckel (w/e-copy of contract)
　__Mr. Michael Stack (w/e-copy of contract)
　__Materials Section (w/e-copy of contract)
　__Estimate Section (w/e-copy of contract)
　__Mr. Hossein Ghara (w/e-copy of contract)
　__Mr. Ronnie Goynes __ Mr. Gene McArdle
　__Travelers Casualty and Surety Company of America; Midwest Agencies, Inc. (w/copy of contract)
　__Fidelity and Deposit Company of Maryland; Lockton Companies (w/copy of contract)
　__Zurich American Insurance Company; Lockton Companies (w/copy of contract)
　__Mr. Buddy Porta __ Utilities __ Timothy Todd (w/e-copy of contract) Juan Murillo (w/e-copy of contract)
　__Public Relations __Compliance Programs (w/e-copy of contract) __ Project Control
　__State Licensing Board for Contractors
　　Attn: Compliance
　　PO Box 14419
　　Baton Rouge, LA 70898-4419

AN EQUAL OPPORTUNITY EMPLOYER

KMTC JV-00003

Contains total printed pages 70 .

Checked by: _Jw_  Date: 04/17/08

# STATE OF LOUISIANA

## DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT



## CONTRACT FOR

STATE PROJECT NOS. 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, 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, 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,
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, 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, 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, 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
HUEY P. LONG BRIDGE WIDENING
(WESTBANK AND EASTBANK APPROACHES AND MAIN BRIDGE DECK WIDENING)
ROUTE US 90
JEFFERSON PARISH

KMTC JV-00004

# LOUISIANA
## DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

### CONTRACT

This agreement, is made and executed in two (2) originals, between the Louisiana Department of Transportation and Development acting through its Secretary, hereafter designated as the "Department", and KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., AND TRAYLOR BROS., A JOINT VENTURE hereafter designated as the "Contractor."

The Department did advertise for, receive and accept a bid from the Contractor for work on a Department construction project identified as,
STATE PROJECT NOS. 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, 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, 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, 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, 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, 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 AND 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
DESCRIPTION: HUEY P. LONG BRIDGE WIDENING (WB, EB APPR. & BR. DECK WIDEN.)
ROUTE: US 90
PARISH: JEFFERSON
LENGTH: 4.914 miles.
TYPE: BASE BID: WB APPR. & BR. DECK WIDEN.; EB APPR. WORK INCL. RDWY, RDWY STRUCT., CONC. SLAB SPAN, P. P. C. GIRDER AND STEEL PLATE GIRDER BRIDGES AND RELATED WORK.
LIMITS: State Project No.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: NORTH END OF US 90 OVERPASS TO SOUTH END OF MISSISSIPPI RIVER BRIDGE.
LIMITS: State Project No. 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: EASTBANK BOUND ABUTMENT (WB) TO EASTBANK BOUND ABUTMENT (EB).
LIMITS: State Project No. 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: GORE NOSE (EASTBANK BOUND/EASTBANK BOUND RAMP 1) TO BEGINNING AT JEFFERSON HIGHWAY EASTBOUND.
LIMITS: State Project No. 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: END OF EASTBANK BOUND BRIDGE ABUTMENT.
LIMITS: State Project No. 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: US 90/LA 48 INTERSECTION TO END OF THE JEFFERSON HIGHWAY WESTBOUND RECONSTRUCTION.
LIMITS: State Project No. 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: 8TH STREET TO WIEGAND DRIVE.
LIMITS: State Project No. 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: INTERSECTION NINE MILE POINT ROAD/US 90 TO END OF LA 18 WESTBOUND.

The Contractor's submission is evidenced by a copy of the "Vendor's Bid Information Sheet" incorporated herein as part of the Contract Documents defined hereafter.

In consideration of the agreements herein contained, to be performed by the parties hereto and of the payments hereafter agreed to be made, it is mutually agreed by both parties that:

### CONTRACT DOCUMENTS
The contract consists of the "Contract Documents" including but not limited to the following:
   a. Agreement (This Instrument)
   b. Vendor's Bid Information Sheet
   c. Louisiana Standard Specifications for Road and Bridges, 2000 Edition (hereafter referred to as "2000 Standard Specifications")
   d. Project Construction Proposal (Notice to Contractors, Special Provisions, Supplemental Specifications, Schedule of Items)
   e. Plans
   f. Plan revisions
   g. Seven (7) Addenda made or issued prior to receipt of bids
   h. Payment, Performance and Retainage Bonds or Retainage Agreement

For these purposes, all of the provisions contained in the listed Contract Documents are incorporated herein by reference with the same force and effect as though said Contract Documents were herein set out in full. The Contract Documents are kept in the official file at the Department together with the acknowledgment of receipt correspondence signed by the Contractor.

07/06
Form CS-15B

LOUISIANA
DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

CONTRACT

### INTENT OF CONTRACT

In accordance with the 2000 Standard Specifications and the Contract Documents, the Contractor agrees to the terms and requirements for the intent of the contract to provide all materials, equipment and labor and perform the work required to complete the project in a thorough and workmanlike manner, to the satisfaction of the appropriate official of the Department. Contractor also agrees to the amended Subsection 104.01 of the Standard Specifications to include the (a) Covenant of Good Faith and Fair Dealing and (b) Voluntary Partnering as enumerated in the Contract Documents.

### CONTRACT AMOUNT

The Contractor did submit as advertised with his (her) bid, a dollar value amount for each of the items designated in the construction proposal on the "Schedule of Items" and that the "Schedule of Items," attached hereto and incorporated herein as part of the Contract Documents, submitted by the contractor, establish that the total contract amount for this project FOUR HUNDRED THIRTY-THREE MILLION NINE HUNDRED FIFTY THOUSAND AND 52/100 DOLLARS ($433,950,000.52), as obtained by a summation of the product of the unit bid price submitted by the contractor for each item multiplied by the item quantity as estimated by the Department. The Contractor agrees to accept and the Department agrees to pay for the work at the prices stipulated in this contract in lawful money of the United States in a timely manner as set forth in the 2000 Standard Specifications.

### PARTICIPATION IN PAYMENT ADJUSTMENT (ASPHALT CEMENT AND FUELS) STATEMENT

In accordance with electronic bid documents, the contractor has elected to be subject to the Payment Adjustment Provision (Asphalt Cement and Fuels) as contained in the construction proposal.

### CONTRACT TIME

The entire contract shall be completed in all details and ready for final acceptance within one thousand eight hundred twenty-five (1,825) working days. Performance of work on this contract shall begin on the date stipulated in the "Notice to Proceed" and shall be completed within the time specified in the Contract Documents, subject to such extensions as may be authorized.

### ALTERATION OF CONTRACT

In accordance with the 2000 Standard Specifications and the Contract Documents, the Contractor agrees to the terms and requirements for alteration of the contract.

### STIPULATED DAMAGES

Contractor agrees to the assessment of Stipulated Damages as provided in the Subsection 108.08 of the 2000 Standard Specifications as amended by the Contract Documents.

### DAMAGE CLAIMS

Contractor acknowledges that he/she has reviewed and understands Subsection 107.17 of the 2000 Standard Specifications and specifically agrees to be bound by the terms and conditions thereof. (p. 99 on P-16)

### JOINT EFFORT

This Agreement shall be deemed for all purposes prepared by the joint efforts of the parties hereto and shall not be construed against one party or the other as a result of the preparation, drafting, submittal or other event of negotiation, drafting or execution of the Agreement.

07/06
Form CS-15BB

KMTC JV-00006

## LOUISIANA
### DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

### CONTRACT

This contract shall become effective on the date all parties hereto have signed the same.

In witness whereof, the Secretary has hereunto subscribed his name, and the same has been approved by the appropriate official of the Louisiana Department of Transportation and Development, and the Contractor, has also hereunto subscribed his name.

KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., AND TRAYLOR BROS., A JOINT VENTURE
CONTRACTOR

26-2420669
(Federal Identification Number)

_Nancy Wheeler_
Witness

_[signature]_
Witness

By: _[signature]_
(Signature of Authorized Agent)

21 April 2008
(Date)

Kieth N. Sasich
President, Kiewit Louisiana Co.
Typed or Printed Name and Title
Attorney-in-Fact

LOUISIANA DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT

_[signature]_
Witness

_Cassandra D. Gray_
Witness

By: _[signature]_
Secretary

4-24-08
(Date)

Approved By: _[signature]_
for Chief Engineer

4-23-08
(Date)

04/01
Form CS-15BBB

LADOTD/berc  Vendor 47347050's Bid Information for Call 001, Letting 20080319, 2008-03-19

Kiewit LA/Massman/Traylor A Joint Vent (47347050).
Vendor 2 of 2 Vendors for Call Order 001 (Proposal ID 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-R1).

                County: Jefferson
               Address: 13119 Old Denton Road
                        Fort Worth, Texas 76177
          Phone Number: 817-337-7000
       Signature Check: This bid has been properly signed by Keith_N._Sasich_and_Henry_J._Massman_47347050.
     Time Bid Received: Wed Mar 19 09:41:23 2008
          Bid Checksum: 28F5263D
       Amendment Count: 1
        Bidding Errors: No bidding errors.
             Bid Total: $433,950,000.52
               Bond ID: SLA08787356
      Bond was Verified: Yes.
  Bond Required Percent: 5.00%
  Minimum Check Amount: $21,697,500.03
  Bid Security Maximum: $
      Bond Agency Name:
  Agency Execution Date:
          Surety Name:
Surety State of Incorporation:
         Bond Company:
            Bond Type:
        Bond Appr Flag:
          Bond Affirm:
   Bond was Paid by Check: No.

KMTC JV-00008