CIVIL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

NO. C582129 DIVISION "D"

MARIA CRUZ MALDONADO
Individually and as representative of the ESTATE OF ULVALDO SOTO MARTINEZ, DECEASED, and as Next Friend and Natural Guardian of JUSTIN SOTO-MALDONADO AND USVALDO JESUS SOTO-MALDONADO, MINORS, AND GILBERTO SOTO MARTINEZ

VERSUS

KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., TRAYLOR BROS., INC., A JOINT VENTURE D/B/A KIEWIT MASSMAN TRAYLOR CONSTRUCTORS A/K/A KMTC JV, GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP, PB AMERICAS, INC. F/K/A/ PARSONS, BRINCKERHOFF, QUADE & DOUGLAS, INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP, LPA GROUP INCORPORATED AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP, G.E.C. INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP, ZURICH AMERICAN INSURANCE COMPANY, THE STATE OF LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT AND JL STEEL REINFORCING, LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GUADALUPE ARENAS VARGAS, )
Individually and As Representative of the )
Estate of MARTIN ANASTACIO REYES )
OSUNA, Deceased, and As Next Friend of )
ZAID MARTIN REYES ARENAS; JUANA )
SYLVIA OZUNA GARCIA; and MARTIN )
REYES ADAME ) C.A. NO. 4:09-CV-02521
)
V. )
)
KIEWIT LOUISIANA CO., MASSMAN )
CONSTRUCTION CO., and TRAYLOR )
BROS., INC., a Joint Venture d/b/a KIEWIT ) JURY TRIAL DEMANDED
MASSMAN TRAYLOR CONSTRUCTORS; )
KIEWIT LOUISIANA CO.; MASSMAN )
CONSTRUCTION CO.; and TRAYLOR )



*******************************************

ORAL AND VIDEOTAPED DEPOSITION OF

MICHAEL CHARLES LAPOINTE

FEBRUARY 14, 2011

*******************************************

ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL CHARLES LAPOINTE, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on the 14th day of February, 2011, from 9:22 a.m. to 6:59 p.m., before Mary Burkes, CSR in and for the State of Texas, reported by machine shorthand, at the law firm of Deutsch, Kerrigan & Stiles, 755 Magazine Street, Fifth Floor Conference Room, pursuant to Notice, and the Louisiana Rules of Civil Procedure and the provisions stated on the record or attached hereto.

A P P E A R A N C E S

FOR THE MALDONADO PLAINTIFFS:

Mr. Juan C. Hernandez
HERNANDEZ & BROWNING
8111 LBJ Freeway, Suite 1065
Dallas, Texas 75251

Mr. Robert Charles Lyon
ROBERT LYON & ASSOCIATES
3301 Century Drive, Suite A
Rowlett, Texas 75088
attybob@msn.com

FOR THE PLAINTIFF GUADALUPE ARENAS VARGAS:

Mr. Christopher K. Johns (via speakerphone)
THE BUZBEE LAW FIRM
JP MORGAN CHASE TOWER
600 Travis Street, Suite 7300
Houston, Texas 77002
cjohns@txattorneys.com

FOR THE DEFENDANT JL STEEL REINFORCING, LLC:

Mr. Wade R. Quinn
RAMEY, CHANDLER, McKINLEY & ZITO, P.C.
One Bering Park
750 Bering Drive, Suite 600
Houston, Texas 77057
wquinn@ramey-chandler.com

FOR THE DEFENDANTS KMTC JV AND ZURICH:

Mr. Charles G. Clayton, IV
LEBLANC BLAND, P.L.L.C.
909 Poydras Street, Suite 1860
New Orleans, Louisiana 70112
cclayton@leblancbland.com

FOR THE DEFENDANT THE STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT:

Mr. Bruce R. Hoefer, Jr.
ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
brh@ahhelaw.com

APPEARANCES
(Continued)

FOR THE DEFENDANTS GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP AND ITS MEMBER/PARTNERS: PB AMERICAS INC., F/K/A PARSONS, BRINCKERHOFF, QUADE & DOUGLAS, INC., THE LPA GROUP, INC., AND G.E.C., INC.:

Ms. Leigh F. Groves
CRAWFORD LEWIS, P.L.L.C.
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, Louisiana 70821-3656
lgroves@crawford-lewis.com

FOR THE DEFENDANT MODJESKI & MASTERS, INC.:

Mr. Terrance L. Brennan
Mr. Francis J. Barry, Jr. (partial)
Mr. Scott J. Hedlund (partial)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
tbrennan@dkslaw.com

ALSO PRESENT:

Mr. Jeff Myers, JL Steel Reinforcing

VIDEOGRAPHER:

Mr. Mark Hendrix

INDEX

MICHAEL CHARLES LAPOINTE

Appearances.............................. 3
Examination by Mr. Lyon.................. 10
Examination by Mr. Hernandez............ 128
Examination by Mr. Johns................ 132
Examination by Ms. Groves............... 135
Examination by Mr. Brennan.............. 139
Examination by Mr. Hoefer............... 163
Examination by Mr. Clayton.............. 200
Witness Signature Page and Corrections...... 298
Reporter's Certificate...................... 300

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Plaintiffs' 31 | 9-22-08 letter from W.C. Schmick to Jeff Myers and attached copy of Subcontract for work on bridge widening project and correspondence between KMTC and JL Steel, Bates JL Steel000001 to 000041 | 19 |
| Plaintiffs' 61 | Certified Payroll Report for the Period Ending 06-07-09 from JL Steel Reinforcing, Inc., Bates JL Steel008823 to 008826 | 43 |
| Plaintiffs' 9 | Color photograph, Bates JL Steel008939 | 61 |
| Plaintiffs' 26 | 13 Color photographs, Bates JL Steel008208 to 008226 | 76 |
| Plaintiffs' 13 | Overview information on Kiewit Engineering Co. from Kiewit.com | 82 |

                          EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Plaintiffs' 17 | Pre Activity Meeting Checklist and Hazard Analysis, Bates KMTC JV-02810 to 02822; Spanish version of hazard analysis, Bates KMTC JV-02911 to 02914; and Two Minute Safety Reminder, Bates KMTC JV-02869 and 02868 | 84 |
| Plaintiffs' 18 | Rebar Installation Meeting Agenda, Bates JL Steel003088 to 3090 | 87 |
| Plaintiffs' 29 | Rebar Installation Meeting Agenda and attached worksheets and drawings, Bates JL Steel003088 to 3112 | 90 |
| Plaintiffs' 32 | E-mail string, top one dated 9-23-08, from Mike Sulser to Jeff Myers, Subject: Re: HPL Pre-Activity Meeting, Bates JL Steel003131 to 3132 | 94 |
| Plaintiffs' 33 | 10-03-08 e-mail from Mike Sulser to Jeff Myers, Subject: Pre-Activity Meeting, and attachments Quality-Hazard Analysis Forms and Subcontractor and Supplier Quality Plan Template, Bates JL Steel003123 to 3132 | 95 |
| Plaintiffs' 35 | J.L. Steel Reinforcing, LLC, Pre-Activity Meeting Pre-Tie and Install Reinforcing Steel and Couplers, Bates JL Steel003134 to 003143 | 96 |
| Plaintiffs' 40 | Two pages of handwritten notes, titled at top "Rebar Meeting," Bates JL Steel003144 to 003145 | 97 |
| Plaintiffs' 41 | Two pages of handwritten notes, titled at top "Meeting w/ Dan," Bates JL Steel003074 to 003075 | 101 |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Plaintiffs' 42 | Four pages of handwritten notes, titled at top "Mtg," Bates JL Steel003080 to 003083 | 106 |
| Plaintiffs' 43 | Meeting Sign In Sheet for KMTC, Bates KMTC JV-02741; "Unsafe Acts," KMTC JV-02744 to 02745; one page of handwritten notes titled "Mass Safety Mtg.," Bates KMTC JV-02753; Work Sheet Estimator, Bates KMTC JV-02761; two handwritten pages titled at top "Congratulations Another Week with no injuries," Bates KMTC JV-02768 to 02769 | 108 |
| Plaintiffs' 45 | Document titled "JL Steel Return to Work," with handwritten remarks, JL Steel003084 | 113 |
| Plaintiffs' 69 | 11-11-09 e-mail from Kyle LaPointe to Bill Wright, Subject: "JLR Email 2 of 2," and attachments, Forman Training Safety Meeting; Condensed Training Book - Spanish; CRSI and Rigging Manuals; Safety and Health Policy - JLSR, Bates JL Steel003011 to 003014 and JL Steel003032 to 003044 | 116 |
| Plaintiffs' 71 | 7-13-09 letter from Jason L. Owens of TechniStructures to Kyle LaPointe of JL Steel, "Re: Channel Stands"; 7-7-09 letter from Kyle LaPointe, "RE: Use, Construction, and Design of Rebar Tying A-Frames; 7-13-09 letter from Kyle LaPointe, "RE: Use, Construction, and Design of Channel Stands"; 7-13-09 letter from Kyle LaPointe, "RE: Use and Design of Cross Pipe"; 7-13-09 letter from Kyle LaPointe, "RE: Use, Construction, and Design of Telescoping Center Stands"; 1-13-09 letter from Jason Owens of TechniStructures to Kyle LaPointe, "Re: Channel Stands"; 7-17-09 letter from Jason Owens to Kyle LaPointe, "Re: Telescoping Pipe Stand"; 6-18-09 e-mail from Nick Naramore to Jeff Myers, Subject: "Rebar Tying Frames on Huey P"; 10-30-08 letter from Michael LaPointe to Mike Sulser, "Re: The use of rebar tying frames on the Huey P. Long Bridge Widening Westbank/Eastbank Approaches"; two color | 123 |

                        EXHIBITS

| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| Plaintiffs' 72 | Meeting Sign In Sheets for KMTC for the HPL project, Bates KMTC JV-03329 to 03332; KMTC JV-03326 to 03328; KMTC JV-03300 to 03303; KMTC JV-03374 to 03278 | 125 |
| Defendants' 10 | Color photograph, Bates LTM00006 | 177 |
| Defendants' 11 | Subcontract Change Order between KMTC and JL Steel Reinforcing, LLC, dated 4-20-09, Bates KMTC JV-02107 to 02174 | 226 |
| Defendants' 12 | Louisiana Standard Specifications for Roads and Bridges, 2000 Edition, Bates KMTC JV-01158 to 01168 and 01701 to 01767 and 01963 to 01969 | 216 |
| Defendants' 13 | Subcontract Change Order between KMTC and JL Steel Reinforcing, LLC, dated 4-20-09, Bates KMTC JV-02107 to 02109 | 227 |
| Defendants' 14 | J.L. Steel Reinforcing, LLC Pre-Activity Meeting Pre-Tie and Install Reinforcing Steel and Couplers Meeting Agenda, Bates KMTC JV-02787 to 02796 | 245 |
| Defendants' 15 | 3-16-09 e-mail from Mike Sulser to Emile Graft, Subject: "EBB W4, W3, W2 Column Construction Joint Change" and attached drawings | 286 |

 THE VIDEOGRAPHER: Today's date is February 14th, 2011. We are on the record at 9:22. Start Tape 1.

MICHAEL CHARLES LAPOINTE,

having been first duly sworn, was examined and testified as follows:

EXAMINATION

QUESTIONS BY MR. LYON:

Q. If you would please state your full name for us on the record.

A. Michael Charles LaPointe.

Q. And, Mr. LaPointe, where do you live?

A. I live in North Richland Hills, Texas.

Q. And do you live there with your family?

A. I -- with my wife, yes.

Q. Do you have a business there?

A. I do.

Q. And what's the name of the business?

A. JL Steel Reinforcing, LLC.

Q. And how long has JL Steel been in business?

A. Approximately 25 years.

Q. And who are the owners of JL Steel?

A. Right now, myself and my son.

Q. And your son's name?

A. Kyle LaPointe.

a question. We'll be happy to take the time to search for it. All right?

A. Okay.

Q. What did you do in preparation for this deposition, other than meet with your own lawyer?

A. Met with Chuck Clayton briefly.

Q. And when was that?

A. Yesterday afternoon.

Q. And how long did you meet with Mr. Clayton?

A. Approximately one hour.

Q. And where were you -- where did you meet with him?

A. At our Louisiana office.

Q. And when you say "our," you mean JL Steel's?

A. Correct.

Q. What is JL Steel's local office? Is it a construction trailer, an office building? What is it?

A. In Fort Worth we have a warehouse/office facility that we lease, about 2500 square feet of office space and the same amount of warehouse space and some outside storage. Here in Louisiana we have only about 2,000 feet of office space, also leased.

Q. And so you met with Mr. Clayton and Mr. Quinn. Anybody else participate in that meeting?

A. Jeff Myers.

Q. So Mr. Myers is the only vice president in the organization?

A. Kyle is actually listed as a vice president as well.

Q. And how old is Kyle?

A. 29.

Q. Was that the same management structure that was in place back in 2009?

A. Yes.

Q. How did it come to pass that you became involved in the Huey P. Long bridge project which is the subject of this lawsuit?

A. We were invited to bid as a subcontractor with Kiewit Group in Texas. We had a relationship with Kiewit on several other projects over the past 15 years or so.

Q. And I believe Kiewit has a facility in Fort Worth; is that correct?

A. Correct.

Q. There was a contract that was signed on or about June of 2008 concerning this project, and that's -- that is how this culminated, from the invitation to bid from Kiewit Texas, and then you submitted a bid, and ultimately you were advised that you were awarded the bid, correct?

A. That is correct.

(Plaintiffs' Exhibit No. 31 was marked.)

Q. (BY MR. LYON) Let me hand you what I've marked as Plaintiffs' Exhibit No. 31. I'll just put that up here on the screen briefly, if we can -- let me see if I can -- here we go.

Plaintiff's Exhibit No. 31 is also Bates marked as JL Steel 001238 -- I'm sorry -- to 41. Is that what you have there?

A. It says 31, Plaintiffs' Exhibit 31.

Q. And the bottom right-hand corner of the page says --

MR. QUINN: See that bottom right-hand right there, Mike?

THE WITNESS: Oh.

A. It says "JL Steel 00001."

Q. (BY MR. LYON) Okay. And then if you would, kind of go through to the last page there.

A. Okay.

Q. And the last page has a marking on it of JL Steel 00041, correct?

A. Correct.

Q. Would you just take a look at that and verify for me that that is the subcontract that you executed on behalf of JL Steel Reinforcing, LLC for the Huey P.

Long bridge project.

A. It appears to be that contract. It does.

Q. Okay. If you would, turn to me to Page 4, and I'm just going to skip all the zeroes.

A. Okay.

Q. If you don't mind.

A. Not at all.

Q. And I'll put up here on the screen for you -- I've kind of highlighted an area. If you would, look at Article 1.

A. Okay.

Q. And if you would, would you read into the record for us Article 1, please.

A. "Subcontractor agrees to furnish all supervision, labor, tools, equipment, materials, and supplies necessary to perform and to perform the following described work in accordance with the terms and conditions of the prime contract of this subcontract."

Q. And then it says below that?

A. "See attached Article 1 Schedule of Values."

Q. Okay. And if you would turn the page to page 5, does Page 5 -- and I've highlighted it for purposes of our screen projection. Does Article 1, Schedule of Values, show the Schedule of Values that we just talked

about?

A. Yes.

Q. All right. Let's go next, if you will, to the next page, to Section 3, which discusses payment.

A. Okay.

Q. Now, in this contract, you were the subcontractor, correct?

A. That is correct.

Q. And it was -- there we go. And the contract was between you -- and if we go back to Page 4 there -- the print is rather small. But the contractor was Kiewit Louisiana Company, Massman Construction Company, and Traylor Brothers, Inc., a Joint Venture d/b/a Kiewit Massman Traylor Constructors, correct?

A. Correct.

Q. For today's purposes, if we say "KMTC," will that adequately identify who you had your contract with?

A. Yes.

Q. All right. Now, if we go back again to the payment part on Page 6 --

MR. BRENNAN: When you refer to "Page 6," just to make the record clear, you're talking about the Bates number --

MR. LYON: The Bates --

any of your employees express any concerns or reservations relative to the means by -- and procedures associated with the fabrication and installation and lifting of rebar cages?

A. No.

Q. Okay. Now, as part of the obligations of JL Steel pursuant to the subcontract and primary contract, were you required to maintain all of your work areas and jobsites clean and tidy and things of that nature?

A. Yes.

Q. Okay. And that included all the extra ties and tie wires and things like that?

A. Yes.

Q. Have you ever been formally reprimanded by KMTC for failure to maintain a clean jobsite or fabrication site?

A. I believe there was a letter early on which constituted a formal reprimand, for one area.

Q. Now, when you were originally awarded the subcontract, how long were you -- did you expect JL Steel to be able to perform work on this project?

A. Five years.

Q. And how long have you been working on the project so far?

A. Two and a half years, almost -- it will be three years June. July.

Q. And so you've got another two years on the project, at least?

A. Yes.

Q. Okay. Were the -- were your guys who you brought onto this project aware of the fact that when they started, that they could be here in Louisiana for up to five years?

A. Yes.

Q. Okay. Now, since JL Steel has been working on this project, has Kiewit executed any subcontract agreements with JL Steel for rebar construction services on other projects here in Louisiana?

A. Yes.

Q. And what is that?

A. The west closure project. That's actually a joint -- a different joint venture partner of Kiewit and Traylor, Gulf Intercoastal, GIC Constructors.

Q. And what type of work does JL Steel perform on that project?

A. Rebar placement. The actual project is a pump station in a sector gate.

Q. And so is it fair to say that this -- the work that is being performed on that project is nearly

IN WITNESS WHEREOF, I have hereunto affixed my hand and seal of office on this, the ______________ day of ______________ 2011.

Mary Abbott Burkes,
Certified Shorthand Reporter
In and for the State of Texas
Certification No. 5199

Worldwide Court Reporters
Firm Registration No. 223
3000 Weslayan, Suite 235
Houston, Texas 77027
(713) 572-2000