1   CIVIL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
2                        STATE OF LOUISIANA
3   NO. C582129                              DIVISION "D"
4                       MARIA CRUZ MALDONADO
    Individually and as representative of the ESTATE OF ULVALDO SOTO MARTINEZ,
5   DECEASED, and as Next Friend and Natural Guardian of JUSTIN SOTO-MALDONADO
                    AND USVALDO JESUS SOTO-MALDONADO,
6                 MINORS, AND GILBERTO SOTO MARTINEZ
7                            VERSUS
8       KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., TRAYLOR BROS.,
        INC., A JOINT VENTURE D/B/A KIEWIT MASSMAN TRAYLOR CONSTRUCTORS
9         A/K/A KMTC JV, GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE
         PARTNERSHIP, PB AMERICAS, INC. F/K/A/ PARSONS, BRINCKERHOFF, QUADE
10        & DOUGLAS, INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A
          JOINT VENTURE PARTNERSHIP, LPA GROUP INCORPORATED AS PARTNER OF
11        GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP, G.E.C.
          INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE
12         PARTNERSHIP, ZURICH AMERICAN INSURANCE COMPANY, THE STATE OF
              LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND
13               DEVELOPMENT AND JL STEEL REINFORCING, LLC.
14
15                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
16                           HOUSTON DIVISION
17
    GUADALUPE ARENAS VARGAS,                    )
18  Individually and As Representative of the )
    Estate of MARTIN ANASTACIO REYES           )
19  OSUNA, Deceased, and As Next Friend of     )
    ZAID MARTIN REYES ARENAS; JUANA            )
20  SYLVIA OZUNA GARCIA; and MARTIN            )
    REYES ADAME                                )   C.A. NO. 4:09-CV-02521
21                                             )
    V.                                         )
22                                             )
    KIEWIT LOUISIANA CO., MASSMAN              )
23  CONSTRUCTION CO., and TRAYLOR              )
    BROS., INC., a Joint Venture d/b/a KIEWIT )   JURY TRIAL DEMANDED
24  MASSMAN TRAYLOR CONSTRUCTORS;             )
    KIEWIT LOUISIANA CO.; MASSMAN             )
25  CONSTRUCTION CO.; and TRAYLOR             )

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**



1     \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

2

CESAR VELADOR MOJICA

3     VOLUME 1 OF 2

4     FEBRUARY 17, 2011

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5     ORAL AND VIDEOTAPED DEPOSITION OF CESAR VELADOR

6     MOJICA, VOLUME 1 OF 2, produced as a witness at the

7     instance of the Plaintiffs, and duly sworn, was taken

8     in the above-styled and numbered cause on the 17th day

9     of February, 2011, from 8:47 a.m. to 6:00 p.m., before

10    Mary Burkes, CSR in and for the State of Texas,

11    reported by machine shorthand, at the law firm of

12    Deutsch, Kerrigan & Stiles, 755 Magazine Street, 2nd

13    Floor Conference Room, pursuant to Notice, and the

14    Louisiana Rules of Civil Procedure and the provisions

15    stated on the record or attached hereto.

16

17

18

19

20

21

22

23

24

25

```
 1                    A P P E A R A N C E S
 2    FOR THE PLAINTIFF MARIA CRUZ MALDONADO, INDIVIDUALLY
      AND AS REPRESENTATIVE OF THE ESTATE OF ULVALDO SOTO
 3    MARTINEZ, DECEASED, AND AS NEXT FRIEND AND NATURAL
      GUARDIAN OF JUSTIN SOTO-MALDONADO AND USVALDO JESUS
 4    SOTO-MALDONADO:
 5         Mr. Juan C. Hernandez
           HERNANDEZ & BROWNING
 6         8111 LBJ Freeway, Suite 1065
           Dallas, Texas 75251
 7
      FOR THE PLAINTIFF GILBERTO SOTO MARTINEZ:
 8
           Mr. Robert Charles Lyon
 9         ROBERT LYON & ASSOCIATES
           3301 Century Drive, Suite A
10         Rowlett, Texas 75088
           attybob@msn.com
11
      FOR THE PLAINTIFF GUADALUPE ARENAS VARGAS:
12
           Mr. Christopher K. Johns (via speakerphone)
13         THE BUZBEE LAW FIRM
           JP MORGAN CHASE TOWER
14         600 Travis Street, Suite 7300
           Houston, Texas 77002
15         cjohns@txattorneys.com
16    FOR THE DEFENDANT JL STEEL REINFORCING, LLC:
17         Mr. Wade R. Quinn (partial app. via speakerphone)
           RAMEY, CHANDLER, McKINLEY & ZITO, P.C.
18         One Bering Park
           750 Bering Drive, Suite 600
19         Houston, Texas 77057
           wquinn@ramey-chandler.com
20
      FOR THE DEFENDANTS KMTC JV AND ZURICH:
21
           Mr. Charles G. Clayton, IV
22         LEBLANC BLAND, P.L.L.C.
           909 Poydras Street, Suite 1860
23         New Orleans, Louisiana 70112
           cclayton@leblancbland.com
24
25
```

```
 1              A P P E A R A N C E S
 2                    (Continued)
 3

    FOR THE DEFENDANT THE STATE OF LOUISIANA, DEPARTMENT OF
 4  TRANSPORTATION AND DEVELOPMENT:
 5       Mr. Bruce R. Hoefer, Jr.
         ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
 6       400 Poydras Street, Suite 2450
         New Orleans, Louisiana 70130
 7       brh@ahhelaw.com
 8  FOR THE DEFENDANTS GEC LOUISIANA TIMED MANAGERS, A
    JOINT VENTURE PARTNERSHIP AND ITS MEMBER/PARTNERS: PB
 9  AMERICAS INC., F/K/A PARSONS, BRINCKERHOFF, QUADE &
    DOUGLAS, INC., THE LPA GROUP, INC., AND G.E.C., INC.:
10
         Ms. Leigh F. Groves
11       CRAWFORD LEWIS, P.L.L.C.
         450 Laurel Street, Suite 1600
12       Post Office Box 3656
         Baton Rouge, Louisiana 70821-3656
13       lgroves@crawford-lewis.com
14  FOR THE DEFENDANT MODJESKI & MASTERS, INC.:
15       Mr. Terrance L. Brennan (partial)
         Mr. Francis J. Barry, Jr. (partial)
16       Mr. Scott J. Hedlund (partial)
         DEUTSCH, KERRIGAN & STILES, L.L.P.
17       755 Magazine Street
         New Orleans, Louisiana 70130
18       tbrennan@dkslaw.com
19
    VIDEOGRAPHER:
20
         Mr. Mark Hendrix
21
22
23
24
25
```

```
 1                              INDEX
 2   CESAR VELADOR MOJICA
```

```
 3   Appearances................................ 3
 4       Examination by Mr. Lyon................ 7
         Examination by Mr. Hernandez..........206
 5       Examination by Mr. Brennan............210
 6   Witness Signature Page and Corrections.....270
 7   Reporter's Certificate.....................272
```

```
 8                            EXHIBITS
 9   NO. DESCRIPTION                              PAGE
```

```
10   Plaintiffs™ Exhibit No. 5                     83
         Handwritten witness statements, Bates KMTC
11       JV-03248 through 03275
12       Plaintiffs™ Exhibit No. 6                122
         Color copies of photos of work/accident area,
13       Bates KMTC JV-02185 through 02191
14   Plaintiffs™ Exhibit No. 16                   137
         U.S. Department of Labor OSHA "Informal
15       Settlement Agreement, Bates KMTC JV-03238
         and 03239
16

17   Plaintiffs' Exhibit 21                       167
         "Kiewit Massman Traylor Huey P. Long Bridge
         Widening PKS #472-22055 Column Guying Analysis
18       & Design," Bates LTM00116 through 00136
19   Plaintiffs' Exhibit 39                       169
         Drawings with yellow note "Hand delivered
20       drawings from Dan Michalowsky," Bates
         JL Steel008787 through 008788
21

22   Plaintiffs™ Exhibit No. 47                   156
         Hand drawings and e-mail attachment, Bates
         KMTC JV-03243 through 03247, Business
23       Confidential Information
24   Plaintiffs™ Exhibit No. 65                   202
         Color copies of KMTC œForemen™s Meeting
25       sheet for Week of 05-22-09 and Week of
```

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Plaintiffs' Exhibit 66 | | 204 |
| | Color copy "Safety Training, Bill Rutzinger, | |
| | 6/4/2009," Bates KMTC JV-03291 | |
| Plaintiffs' Exhibit 76 | | 204 |
| | "Kiewit Corporation Corporate Crane Procedures | |
| | Manual," Bates KMTC JV-02280 through 02242, | |
| | Business Confidential Information | |
| Plaintiffs' Exhibit 77 | | 95 |
| | 06-13-09 statement of Clay Burns, with | |
| | drawing, Bates KMTC JV-03255 | |
| Plaintiffs' Exhibit 78 | | 115 |
| | 06-21-09 statement of Jose Alejandro, with | |
| | drawing, Bates KMTC JV-03266 | |

1        THE VIDEOGRAPHER:  Today's date is

2    February 17th, 2011.  We are on the record at 8:47.

3    Start Tape 1.

4                CESAR VELADOR MOJICA,

5    having been first duly sworn, was examined and

6    testified as follows:

7                    EXAMINATION

8    QUESTIONS BY MR. LYON:

9        Q.   My name is Bob Lyon, Mr. Velador.  If you

10   would, just please state your full name for the record,

11   please, before we allow Mr. Quinn to participate.

12       A.   My name is Cesar Velador Mojica.

13       Q.   Thank you.

14            MR. LYON:  Mr. Quinn, would you like to

15   make an announcement?

16            MR. QUINN:  Yeah.  This is Wade Quinn.  I

17   represent JL Steel, a defendant in this case.  And just

18   several days ago, the president of my client, Mike

19   LaPointe, gave his deposition.  And at the close of his

20   deposition, both plaintiffs' counsels, Mr. Hernandez

21   and Mr. Lyon, indicated their intention to nonsuit

22   JL Steel from this case.

23            In the day following, the Motion for

24   Nonsuit was prepared with the appropriate Order, and my

25   understanding is that that is -- we're still trying to

1  answer a question.  You may say, "Mr. Lyon," or

2  "Mr. Hoefer," or "Ms. Groves, I saw a document before

3  I'd like to look at again before I answer your

4  question."

5          If you need to do that, simply tell us and

6  you'll get all the time that you need.  Will you do

7  that?

8      A.   Yes.

9      Q.   Okay.  Now, with that being said, would you

10  tell me where you currently live?

11      A.   I live here in Louisiana.

12      Q.   And what's the physical address here in

13  Louisiana?

14      A.   910 Pontchartrain Road, Suite T, Jefferson,

15  L.A., 70121.

16      Q.   Now, is that an apartment, or is that a house,

17  or what is that?

18      A.   The address that I just gave is my -- where I

19  work.

20      Q.   Okay.  And where do you -- where do you live?

21      A.   Where do I live?

22      Q.   Yes.

23      A.   Here in New Orleans.

24      Q.   And the physical address?

25      A.   5229 Citrus Boulevard, Apartment X 173, River

1     A.   Yes.

2     Q.   Okay.  But always, ultimately you get a check

3  from a Kiewit entity, true?

4     A.   Yes.

5     Q.   Does the check come solely from Kiewit, the

6  parent company, or as you go from various projects --

7  for example, on this Huey P. Long bridge -- does your

8  check come from KMTC?

9     A.   Yes.

10    Q.   Okay.  So when you work on different projects

11  with different Kiewit names, your checks would always

12  come to you under the name of the project that you were

13  on?

14    A.   Correct.

15    Q.   All right.  Now, let's move a little forward

16  here to June 12th of 2009.  At that time you were the

17  craft superintendent for the Huey P. Long bridge

18  project for KMTC, correct?

19    A.   Yes.

20    Q.   Who did you report to?

21    A.   Dan Michalowski.

22    Q.   And what is your understanding of his title?

23    A.   He was discipline manager of the

24  substructures.

25    Q.   I thought I heard you say he was the

1    IN WITNESS WHEREOF, I have hereunto affixed my
2  hand and seal of office on this, the _____ day
3  of _____ 2011.
4
5                          _____
                           Mary Abbott Burkes,
6                          Certified Shorthand Reporter
                           In and for the State of Texas
7                          Certification No. 5199
8
9
10  Worldwide Court Reporters
    Firm Registration No. 223
11  3000 Weslayan, Suite 235
    Houston, Texas 77027
12  (713) 572-2000
13
14
15
16
17
18
19
20
21
22
23
24
25