Tom Schedler
Secretary of State

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**

Uniform Commercial Code
225.922.1193
Fax
225.932.5318

Administrative Services
225.925.4704
Fax
225.932.5317

Corporations
225.925.4704
Fax
225.932.5314

# Service Mark Details

| | |
|---|---|
| Type(s) Registered: | SERVICE MARK |
| Registered Name: | KMTC & LOGO; LOGO IS DESCRIBED AS: KMTC WITH A CURVED, THICKLINE OVER LETTERS AND THE WORDS KIEWIT MASSMAN TRAYLOR CONSTRUCTORS UNDERNEATH |
| Applicant: | KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., AND TRAYLORBROS., INC., A JOINT VENTURE |
| | 1000 KIEWIT PLAZA |
| | OMAHA, NE 68131 |
| Type Of Business: | CONSTRUCTION |
| Book #: | 60-1463 |
| Current Status: | ACTIVE |

# Dates

| | |
|---|---|
| Registration Date: | 4/30/2008 |
| Expiration Date: | 4/30/2018 |
| Date First Used: | 4/17/2008 |
| Date First Used (in La.): | 4/17/2008 |

# Current Classes

| Class Name | Start Date | End Date |
|---|---|---|
| 37 CONSTRUCTION & REPAIR | 4/30/2008 | |

# Expired Classes

**No Expired Classes**

# Amendments On File

**No Amendments on file**

( Print )



EXHIBIT H