| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State<br> | **COMMERCIAL DIVISION**<br>**225.925.4704**<br><br>Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| KIEWIT LOUISIANA CO. | Business Corporation (Non-Louisiana) | WILMINGTON | Active |

**Business:** KIEWIT LOUISIANA CO.
**Charter Number:** 36274429 F
**Registration Date:** 9/21/2006
**State Of Origin:**
**Domicile Address**
    1209 ORANGE STREET
    WILMINGTON, DE 19801
**Mailing Address**
    KIEWIT PLAZA
    OMAHA, NE 68131
**Principal Business Office**
    KIEWIT PLAZA
    OMAHA, NE 68131
**Registered Office in Louisiana**
    5615 CORPORATE BLVD., STE. 400B
    BATON ROUGE, LA 70808
**Principal Business Establishment in Louisiana**
    5615 CORPORATE BLVD., STE. 400B
    BATON ROUGE, LA 70808

# Status

| Status: | Active |
|---|---|
| Annual Report Status: | In Good Standing |
| Qualified: | 9/21/2006 |
| Last Report Filed: | 9/20/2010 |
| Type: | Business Corporation (Non-Louisiana) |

# Registered Agent(s)

| Agent: | C T CORPORATION SYSTEM |
|---|---|
| Address 1: | 5615 CORPORATE BLVD., STE. 400B |
| City, State, Zip: | BATON ROUGE, LA 70808 |
| Appointment Date: | 9/21/2006 |

# Officer(s)                                                                                                 Additional Officers: No

| Officer: | JOHN D. PROSKOVEC |

| | |
|---|---|
| Title: | Vice-President |
| Address 1: | 13119 OLD DENTON ROAD |
| City, State, Zip: | FORT WORTH, TX 76177 |
| Officer: | TOBIN A. SCHROPP |
| Title: | Vice-President |
| Address 1: | KIEWIT PLAZA |
| City, State, Zip: | OMAHA, NE 68131 |
| Officer: | WILLIAM D. GLASER |
| Title: | President |
| Address 1: | 13119 OLD DENTON ROAD |
| City, State, Zip: | FORT WORTH, TX 76177 |
| Officer: | SCOTT L. CASSELS |
| Title: | Director |
| Address 1: | KIEWIT PLAZA |
| City, State, Zip: | OMAHA, NE 68131 |
| Officer: | STEPHEN P. CARTER, JR. |
| Title: | Vice-President |
| Address 1: | 1005 N. LAKE PARKER AVE. |
| City, State, Zip: | LAKELAND, FL 33805 |
| Officer: | RICHARD H. RAINE |
| Title: | Vice-President |
| Address 1: | 5000 MARSH DR. |
| City, State, Zip: | CONCORD, CA 94520 |
| Officer: | MICHAEL J. WHETSTINE |
| Title: | Officer |
| Address 1: | KIEWIT PLAZA |
| City, State, Zip: | OMAHA, NE 68131 |
| Officer: | TIMOTHY S. RILEY |
| Title: | Officer |
| Address 1: | KIEWIT PLAZA |
| City, State, Zip: | OMAHA, NE 68131 |
| Officer: | STEPHEN S. THOMAS |
| Title: | Treasurer |
| Address 1: | KIEWIT PLAZA |
| City, State, Zip: | OMAHA, NE 68131 |
| Officer: | MICHAEL F. NORTON |
| Title: | Secretary |
| Address 1: | KIEWIT PLAZA |
| City, State, Zip: | OMAHA, NE 68131 |
| Officer: | JEFFREY S. CEBULSKE |
| Title: | Officer |
| Address 1: | 2200 COLUMBIA HOUSE BLVD. |
| City, State, Zip: | VANCOUVER, WA 98661 |
| Officer: | JOHN P. GARTNER |
| Title: | Officer |
| Address 1: | 7906 N. SAM HOUSTON PARKWAY W., SUITE 300 |
| City, State, Zip: | HOUSTON, TX 77064 |

# Amendments on File (2)

| Description | Date |
|---|---|
| Disclosure of Ownership | 9/21/2006 |
| Stmt of Chg or Chg Prin Bus Off | 1/29/2008 |

Print

| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State<br> | **COMMERCIAL DIVISION**<br>**225.925.4704**<br><br>Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |
|---|---|---|

| Name | Type | City | Status |
|---|---|---|---|
| MASSMAN CONSTRUCTION CO. | Business Corporation (Non-Louisiana) | KANSAS CITY | Active |

**Previous Names**

    THE MASSMAN CONSTRUCTION COMPANY (Changed: 11/16/1949)

**Business:** MASSMAN CONSTRUCTION CO.
**Charter Number:** 15701550 F
**Registration Date:** 1/28/1937
**State Of Origin:**
**Domicile Address**
    8901 STATE LINE/P. O. BOX 8458
    KANSAS CITY, MO 64114
**Mailing Address**
    8901 STATE LINE
    KANSAS CITY, MO 64114
**Principal Business Office**
    8901 STATE LINE
    KANSAS CITY, MO 64114
**Registered Office in Louisiana**
    1011 N. CAUSEWAY BLVD., STE. 3
    MANDEVILLE, LA 70471
**Principal Business Establishment in Louisiana**
    1006 HIBERNIA BANK BUILDING
    NEW ORLEANS, LA 70112

## Status

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | In Good Standing |
| Qualified: | 1/28/1937 |
| Last Report Filed: | 1/3/2011 |
| Type: | Business Corporation (Non-Louisiana) |

## Registered Agent(s)

| Agent: | NATIONAL REGISTERED AGENTS, INC. |
|---|---|
| Address 1: | 1011 N. CAUSEWAY BLVD., STE. 3 |
| City, State, Zip: | MANDEVILLE, LA 70471 |
| Appointment Date: | 6/6/2005 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| Officer: | H. J. MASSMAN, IV |
| Title: | Director, President |
| Address 1: | 8901 STATE LINE |
| City, State, Zip: | KANSAS CITY, MO 64114 |
| Officer: | M. H. SCHNOEBELEN |
| Title: | Vice-President, Director |
| Address 1: | 12412 ROTT RD. |
| City, State, Zip: | ST. LOUIS, MO 63127 |
| Officer: | J. T. KOPP |
| Title: | Secretary/Treasurer, Director, Vice-President |
| Address 1: | 8901 STATE LINE |
| City, State, Zip: | KANSAS CITY, MO 64114 |

## Amendments on File (9)

| Description | Date |
|---|---|
| Name Change | 11/16/1949 |
| Amendment | 3/24/1981 |
| Stmt of Chg or Chg Prin Bus Off | 9/15/1981 |
| Stmt of Chg or Chg Prin Bus Off | 5/31/1985 |
| Stmt of Chg or Chg Prin Bus Off | 10/8/1991 |
| Stmt of Chg or Chg Prin Bus Off | 8/3/1998 |
| Stmt of Chg or Chg Prin Bus Off | 6/6/2005 |
| Stmt of Chg or Chg Prin Bus Off | 7/7/2008 |
| Stmt of Chg or Chg Prin Bus Off | 9/19/2008 |

( Print )

| Tom Schedler | State of Louisiana | COMMERCIAL DIVISION |
|---|---|---|
| Secretary of State | Secretary of State | 225.925.4704 |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| TRAYLOR BROS., INC. | Business Corporation (Non-Louisiana) | EVANSVILLE | Active |

**Business:** TRAYLOR BROS., INC.
**Charter Number:** 20201220 F
**Registration Date:** 4/20/1948
**State Of Origin:**
**Domicile Address**
    835 NORTH CONGRESS AVE.
    EVANSVILLE, IN 47715
**Mailing Address**
    P. O. BOX 5165
    EVANSVILLE, IN 47716-5165
**Principal Business Office**
    835 N. CONGRESS AVE.
    P. O. BOX 5165
    EVANSVILLE, IN 47715
**Registered Office in Louisiana**
    1011 N. CAUSEWAY BLVD., STE. 3
    MANDEVILLE, LA 70471
**Principal Business Establishment in Louisiana**
    1011 N. CAUSEWAY BLVD., STE. 3
    MANDEVILLE, LA 70471

## Status

| Status: | Active |
|---|---|
| Annual Report Status: | In Good Standing |
| Qualified: | 4/20/1948 |
| Last Report Filed: | 4/15/2010 |
| Type: | Business Corporation (Non-Louisiana) |

## Registered Agent(s)

| Agent: | NATIONAL REGISTERED AGENTS, INC. |
|---|---|
| Address 1: | 1011 N. CAUSEWAY BLVD., STE. 3 |
| City, State, Zip: | MANDEVILLE, LA 70471 |
| Appointment Date: | 8/30/2004 |

## Officer(s)                                                         Additional Officers: No

| | |
|---|---|
| Officer: | THOMAS W. TRAYLOR |
| Title: | Director, Officer |
| Address 1: | 835 N. CONGRESS AVE. |
| Address 2: | P. O. BOX 5165 |
| City, State, Zip: | EVANSVILLE, IN 47716-5165 |

| | |
|---|---|
| Officer: | GLEN R. TRAYLOR |
| Title: | Vice-President, Director |
| Address 1: | 2021 MIDWEST ROAD, STE. 200 |
| City, State, Zip: | OAK BROOK, IL 60521 |

| | |
|---|---|
| Officer: | JOSEPH W. ANNAKIN |
| Title: | Officer, Director, Vice-President |
| Address 1: | 835 N. CONGRESS AVE. |
| Address 2: | P. O. BOX 5165 |
| City, State, Zip: | EVANSVILLE, IN 47716-5165 |

| | |
|---|---|
| Officer: | CHRISTOPHER TRAYLOR |
| Title: | Director, President |
| Address 1: | 835 N. CONGRESS AVE. |
| Address 2: | PO BOX 5165 |
| City, State, Zip: | EVANSVILLE, IN 47716-5165 |

| | |
|---|---|
| Officer: | MICHAEL TRAYLOR |
| Title: | President, Director |
| Address 1: | 3050 E. AIRPORT WAY |
| City, State, Zip: | LONG BEACH, CA 90806 |

| | |
|---|---|
| Officer: | THOMAS TRAYLOR, JR. |
| Title: | Vice-President, Director |
| Address 1: | 27141 ALISO CREEK ROAD, SUITE 260 |
| City, State, Zip: | ALISO VIEJO, CA 92656 |

| | |
|---|---|
| Officer: | GEORGE WILLIAMSON |
| Title: | Vice-President, Director |
| Address 1: | 20470 MOCKINGBIRD ROAD |
| Address 2: | P.O. BOX 458 |
| City, State, Zip: | BODEGA BAY, CA 94923 |

| | |
|---|---|
| Officer: | DANIEL TRAYLOR |
| Title: | Vice-President, Director |
| Address 1: | 4514 COLE AVE., STE. 617 |
| City, State, Zip: | DALLAS, TX 75205 |

| | |
|---|---|
| Officer: | THOMAS MCCARTHY |
| Title: | Vice-President |
| Address 1: | 835 N. CONGRESS AVE. |
| Address 2: | P.O. BOX 5165 |
| City, State, Zip: | EVANSVILLE, IN 44716-5165 |

| | |
|---|---|
| Officer: | CORNELIUS MEAGHER |
| Title: | Vice-President |
| Address 1: | 3050 E. AIRPORT WAY |
| City, State, Zip: | LONG BEACH, CA 90806 |

| | |
|---|---|
| Officer: | DONALD BARTOW |
| Title: | Vice-President |
| Address 1: | 835 N. CONGRESS AVE. |

| | |
|---|---|
| Address 2: | P.O. BOX 5165 |
| City, State, Zip: | EVANSVILLE, IN 47716-5165 |
| Officer: | THAD PIRTLE |
| Title: | Vice-President |
| Address 1: | 835 N. CONGRESS AVE. |
| Address 2: | P.O. BOX 5165 |
| City, State, Zip: | EVANSVILLE, IN 47716-5165 |
| Officer: | DENNIS SCHMIDT |
| Title: | Treasurer |
| Address 1: | 835 N. CONGRESS AVE. |
| Address 2: | P.O. BOX 5165 |
| City, State, Zip: | EVANSVILLE, IN 47716-5165 |
| Officer: | STEVEN OWEN |
| Title: | Secretary |
| Address 1: | 835 N. CONGRESS AVE. |
| Address 2: | P.O. BOX 5165 |
| City, State, Zip: | EVANSVILLE, IN 47716-5165 |
| Officer: | LYNN BARR |
| Title: | Director |
| Address 1: | 835 N. CONGRESS AVE. |
| Address 2: | P.O. BOX 5165 |
| City, State, Zip: | EVANSVILLE, IN 47716-5165 |

## Amendments on File (8)

| Description | Date |
|---|---|
| Stmt of Chg or Chg Prin Bus Off | 2/17/1969 |
| Stmt of Chg or Chg Prin Bus Off | 2/22/1985 |
| Stmt of Chg or Chg Prin Bus Off | 4/1/1986 |
| Stmt of Chg or Chg Prin Bus Off | 2/1/1993 |
| Stmt of Chg or Chg Prin Bus Off | 8/30/2004 |
| Stmt of Chg or Chg Prin Bus Off | 7/7/2008 |
| Stmt of Chg or Chg Prin Bus Off | 9/19/2008 |
| Appointing, Change, or Resign of Officer | 1/12/2011 |

( Print )