```
             CIVIL DISTRICT COURT
          PARISH OF EAST BATON ROUGE
              STATE OF LOUISIANA

MARIA CRUZ MALDONADO,
INDIVIDUALLY and as
Representative of the
Estate of ULVALDO SOTO
MARTINEZ, DECEASED, and
as Next Friend and Natural Guardian
of JUSTIN SOTO-MALDONADO and
USVALDO SOTO-MALDONADO, Minors;
and GILBERTO SOTO MARTINEZ

                              NO.  C582189
VERSUS                        DIV. D

KIEWIT LOUISIANA CO.,
MASSMAN CONSTRUCTION CO.,
TRAYLOR BROS., INC., A
JOINT VENTURE d/b/a KIEWIT
MASSMAN TRAYLOR CONSTRUCTORS
a/k/a KMTC JV, GEC LOUISIANA
TIMED MANAGERS, A JOINT VENTURE
PARTNERSHIP, PB AMERICAS, INC.,
f/k/a PARSONS, BRINCKERHOFF,
QUADE & DOUGLAS, INC., AS
PARTNER OF GEC LOUISIANA
TIMED MANAGERS, A JOINT VENTURE
PARTNERSHIP, LPA GROUP, INCORPORATED,
AS PARTNER OF GEC LOUISIANA
TIMED MANAGERS, A JOINT VENTURE
PARTNERSHIP, ZURICH AMERICAN
INSURANCE COMPANY, THE STATE OF
LOUISIANA THROUGH THE DEPARTMENT
OF TRANSPORTATION AND DEVELOPMENT,
AND JL STEEL REINFORCING, LLC
          - CROSS NOTICED WITH -
```

EXHIBIT
J

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3

    GUADALUPE ARENAS VARGAS,
 4  INDIVIDUALLY AND AS
    REPRESENTATIVE OF THE ESTATE
 5  OF MARTIN ANASTACIO REYES
    OSUNA, DECEASED, AND AS NEXT
 6  FRIEND OF ZAID MARTIN REYES
    ARENAS; JUANA SYLVIA OZUNA GARCIA;
 7  and MARTIN REYES ADAME

 8                                      CIVIL ACTION
    VERSUS                              NO. 4:09-CV-02521
 9
    KIEWIT LOUISIANA CO.,
10  MASSMAN CONSTRUCTION CO.,
    and TRAYLOR BROS, INC.,
11  a Joint Venture d/b/a KIEWIT
    MASSMAN TRAYLOR CONSTRUCTORS;
12  KIEWIT LOUISIANA CO; MASSMAN
    CONSTRUCTION CO.; and
13  TRAYLOR BROS, INC.

14
         VIDEOTAPED DEPOSITION OF ANGEL FELIPE
15  CORONA RODRIGUEZ, 605 MASTERSON PASS,
    APARTMENT 227, AUSTIN, TEXAS  78753, TAKEN
16  IN THE OFFICES OF TAGGART, MORTON, LLC, 1100
    POYDRAS STREET, THE ENERGY CENTRE, SUITE
17  2100, NEW ORLEANS, LOUISIANA  70163, ON THE
    15TH DAY OF DECEMBER, 2010.
18

19

20

21

22

23

24

25
```

```
 1    APPEARANCES:
 2      HERNANDEZ & BROWNING
        (BY:  JUAN C. HERNANDEZ, ESQUIRE)
 3      8111 LBJ FREEWAY
        SUITE 1065
 4      DALLAS, TEXAS  75251
 5         (ATTORNEYS FOR PLAINTIFFS
              MARIA CRUZ MALDONADO, ET AL.)
 6
 7      ROBERT LYON & ASSOCIATES
        (BY: ROBERT C. LYON, ESQUIRE)
 8      3301 CENTURY DRIVE
        SUITE A
 9      ROWLETT, TEXAS  75088
10         (ATTORNEYS FOR PLAINTIFF GILBERTO
              SOTO MARTINEZ)
11
12      THE BUZBEE LAW FIRM
        (BY: CHRISTOPHER K. JOHNS, ESQUIRE)
13      JP MORGAN CHASE TOWER
        600 TRAVIS STREET
14      SUITE 7300
        HOUSTON, TEXAS  77002
15
           (ATTORNEYS FOR PLAINTIFFS VARGAS,
16            ET AL.)
17
        ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
18      (BY:  BRUCE R. HOEFER, JR., ESQUIRE)
        2490 PAN-AMERICAN LIFE CENTER
19      601 POYDRAS STREET
        NEW ORLEANS, LOUISIANA  70130
20
           ATTORNEYS FOR STATE OF LOUISIANA, DOTD
21
22
23
24
25
```

```
 1   APPEARANCES CONTINUED:
 2     CRAWFORD LEWIS
       (BY:  LEIGH GROVES, ESQUIRE)
 3     450 LAUREL STREET
       SUITE 1600
 4     BATON ROUGE, LOUISIANA  70821
 5       ATTORNEYS FOR GEC LOUISIANA
           TIMED MANAGERS, et al.
 6
 7     DEUTSCH, KERRIGAN & STILES
       (BY: TERRENCE L. BRENNAN, ESQUIRE)
 8     755 MAGAZINE STREET
       NEW ORLEANS, LOUISIANA  70130
 9
          (ATTORNEYS FOR MODJESKI & MASTERS,
10           INC.)
11
       KEOGH, COX & WILSON
12     (BY: MARTIN E. GOLDEN, ESQUIRE)
       701 MAIN STREET
13     BATON ROUGE, LOUISIANA  70802
             (Not Present)
14
          (ATTORNEYS FOR JL STEEL REINFORCING)
15
16
       LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER
17     (BY: JAMES T. BUSENLENER, ESQUIRE)
       SUITE 3600, ONE SHELL SQUARE
18     701 POYDRAS STREET
       NEW ORLEANS, LOUISIANA  70139
19           (Not Present)
20       (ATTORNEYS FOR INTERVENOR THE HARTFORD
            GROUP)
21
22
23
24
25
```

```
 1   APPEARANCES CONTINUED:
 2      RAMEY, CHANDLER, McKINLEY & ZITO
        (BY:  DAVID SWICK, ESQUIRE)
 3      ONE BERING PARK
        70 BERING DRIVE, SUITE 600
 4      HOUSTON, TEXAS  77057
 5      (ATTORNEYS FOR JL STEEL REINFORCING)
 6
        LEBLANC & BLAND
 7      (BY:  CHARLES G. CLAYTON IV, ESQUIRE)
        909 POYDRAS STREET
 8      SUITE 1860
        NEW ORLEANS, LOUISIANA  70112
 9
           (ATTORNEYS FOR KIEWIT MASSMAN TRAYLOR
10            CONSTRUCTORS JOINT VENTURE)
11
     REPORTED BY:
12
        CATHY RENEE' POWELL
13      CERTIFIED SHORTHAND REPORTER
14   VIDEOGRAPHER:
15      GILLEY DELORMIER
16   INTERPRETER:
17      BLANCA MEJIA
18   ALSO PRESENT:
19      MIKE LaPOINTE
        JL STEEL REINFORCING, LLC
20               *   *   *
21             EXAMINATION INDEX
22   EXAMINATION BY MR. LYON: ................10
23   EXAMINATION BY MR. HERNANDEZ: ..........98
24   EXAMINATION BY MR. JOHNS: .............127
25   EXAMINATION BY MR. BRENNAN: ...........129
```

```
 1    EXAMINATION BY MR. HOEFER: ............174
 2                   *   *   *
 3               INDEX OF EXHIBITS
 4    Plfs. Exhibit 8  ......................43
 5       JL Steel 8828 to 8840.
 6    Plfs. Exhibit 4  ......................58
 7       Handwritten pages, 8:29 p.m.,
 8       6-12-09, KMTC3259 to 3263.
 9    Plfs. Exhibit 68 ......................61
10       Angel Felipe Corona Affidavit.
11    Plfs. Exhibit 58 ......................70
12       Kiewit 2326 to 2328.
13    Plfs. Exhibit 59 ......................72
14       Document West Bank, East Bank
15       Bound, W2 Work Packet, Column &
16       Trumpet, KMTC JV 2797 to 2809.
17    Plfs. Exhibit 7  ......................87
18       Photographs taken the night of the
19       accident at the scene, JL Steel
20       8941 to 8944.
21    Plfs. Exhibit 10 ......................88
22       Photograph showing Kiewit personnel
23       in manlift, JL Steel 8940.
24    Plfs. Exhibit 24 ......................92
25       "Basic Procedure Outline," JL Steel
```

```
 1      7179 to 7180.
 2   Plfs. Exhibit 36  ......................93
 3      Basic procedure, "Telescoping
 4      Stand," JL Steel 7961 to 7964.
 5   Plfs. Exhibit 44  ......................94
 6      KMTC and JL Steel meeting for a
 7      restart of work, dated June 29,
 8      2009, JL3076 to 3079.
 9   Plfs. Exhibit 70  ......................97
10      Critical Lift Plan, June 11 of
11      2009, KMTC 2405 to 2412.
12   Defts. Exhibit 1  .....................182
13      Photographs LTM 1-15, 18 and 25.
14
15
16
17
18
19
20
21
22
23
24
25
```

1      THE VIDEOGRAPHER:
2           This is the videotaped deposition
3  of Angel Corona.  This deposition is being
4  held at 1100 Poydras Street in New Orleans,
5  Louisiana, on December 15, 2010; the time is
6  10:40 a.m.
7           Would counsel please introduce
8  themselves and which party they represent.
9      MR. LYON:
10          Bob Lyon here for the plaintiff
11 Gilberto Soto Martinez.
12     MR. HERNANDEZ:
13          Juan Hernandez for the remaining
14 plaintiffs.
15     MR. JOHNS:
16          Chris Johns for plaintiffs in the
17 federal matter.
18     MR. CLAYTON:
19          Chuck Clayton on behalf of Kiewit
20 Massman Traylor Constructors Joint Venture
21 in both cases.
22     MR. HOEFER:
23          Bruce Hoefer, Louisiana Department
24 of Transportation.
25     MR. BRENNAN:

```
 1        Q.   Yes.
 2        A.   We were preparing to erect a
 3   column.
 4        Q.   What did you do that day to
 5   prepare to erect a column?
 6        A.   I don't understand.
 7        Q.   On June 12, what time would you
 8   get to work that day?
 9        A.   7 a.m.
10        Q.   When you arrived on the job site
11   at 7 a.m., what did you do?
12        A.   Prepared to erect the column.
13        Q.   Who were the members of your crew
14   with JL Steel that day?
15        THE INTERPRETER:
16             I need to clarify.
17        (Conversation between the interpreter
18   and the witness.)
19        THE WITNESS:
20             I put some persons to work on
21   another project.
22   EXAMINATION BY MR. LYON:
23        Q.   Was it the same bridge project?
24        A.   Yes.
25        Q.   And how many people were members
```

```
 1   of your crew that morning?
 2       A.   About eight.  Eight or nine
 3   people.
 4       Q.   And did you assign all of these
 5   eight or nine people to work at another
 6   location that morning?
 7       A.   No.  Half.
 8       Q.   And on the eastbound bridge, the
 9   W2 section where the column was being
10   erected, who did you keep there that
11   morning?
12       A.   As I remember, there were three or
13   four people.
14       Q.   Now, can you name those people?
15       A.   The two that now are dead people,
16   Martin and Usvaldo.
17            There might be another person but
18   I can't remember his name.  As a matter of
19   fact, I'm not sure whether there was another
20   guy or there were only the three of us.  The
21   four of us.
22       Q.   Was Martin Reyes a member of the
23   crew?
24       A.   Yes.
25       Q.   And did he remain at the site
```

```
 1   where these two men died?
 2        A.   Yes.
 3        Q.   Now, did you stay with these four
 4   men throughout the day and before the rebar
 5   collapsed?
 6        A.   In the morning, those three and I
 7   worked, and I believe my brother helped.
 8        Q.   Which brother?
 9        A.   Caesar Corona.
10        Q.   And you mentioned these three men
11   worked in the morning, but we had four; we
12   had Ulvaldo, Martin, Samuel, Martin.
13        THE INTERPRETER:
14             What Martin?
15        MR. LYON:
16             Martin Reyes.
17        THE INTERPRETER:
18             Another Martin?
19        MR. BRENNAN:
20             You said Martin twice.
21        MR. LYON:
22             Yes, I did.  I apologize.
23   EXAMINATION BY MR. LYON:
24        Q.   So we had three folks, and then
25   yourself and your brother?
```

```
 1      A.   Yes.
 2      Q.   What did you do that morning?
 3      A.   Prepared the base.
 4    THE INTERPRETER:
 5           I don't know.  The column?  He
 6    said the word; I'm sorry.
 7    THE WITNESS:
 8           Rebar cage.
 9    (Discussion off the record.)
10    THE WITNESS:
11           Prepared the cage and installed
12    the pipes in it.
13  EXAMINATION BY MR. LYON:
14      Q.   Did anybody from Kiewit tell you
15    how to prepare the rebar cage and install
16    the pipes in it that morning?
17      A.   No.
18      Q.   Now, at some time during the day,
19    was the rebar cage raised off the ground and
20    lifted into the air?
21      A.   Yes.
22      Q.   Tell me how the rebar cage was
23    prepared to be lifted.
24      A.   First, we put the pipes in the
25    place where we were going to lift it.  Then
```

```
 1      Q.   What did Felipe say?
 2      A.   He said, "I'm going to call Mike
 3  and Jeff and we'll be there in a minute.
 4  We'll be there soon."
 5      Q.   And, again, Mike is the Mike who
 6  is sitting here with us today?
 7      A.   Yes.
 8      Q.   And who is Jeff?
 9      A.   Another boss.
10      Q.   And so at some point in time then,
11  do Mike and Jeff arrive?
12      A.   Excuse me?
13      Q.   At some point in time after this
14  phone call, then, did Mike and/or Jeff
15  arrive on the scene?
16      A.   At the job?
17      Q.   Correct?
18      A.   Yes.
19      Q.   Do you think that man's name might
20  have been Jeff Meyers?  If you are not sure,
21  that's fine.
22           So what did you do out there the
23  rest of the day after Jeff and Mike arrived?
24      A.   I called my wife and I called
25  Martin's girlfriend.  They were staying with
```

```
 1   me.  Martin Reyes.  I called Martin Reyes'
 2   girlfriend.
 3       Q.   During the course of the day,
 4   after you saw Gilberto hugging his brother,
 5   did you see him at various points throughout
 6   the afternoon and into the evening?
 7       A.   I don't understand.
 8       Q.   Okay.  From the point in time when
 9   you said you saw Gilberto holding his
10   brother until I think you said you were
11   there until 2 or 3 in the morning, did you
12   have the opportunity to see Gilberto again?
13       A.   Get together with Gilberto?
14       Q.   Not necessarily get together, but
15   just be able to see him?
16       A.   Yeah, from what I can remember, he
17   was there for like two hours or three.
18   Until they took the body.
19       Q.   Can you tell us what his emotional
20   state was that you observed during that
21   time?
22       MR. SWICK:
23            Object to the form of the
24   question.
25       THE WITNESS:
```

REPORTER'S CERTIFICATE

I, Cathy Renee' Powell, Certified Court Reporter, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth;

That the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

That I am not of counsel, not related to counsel or parties hereto, and not in any way interested in the outcome of this matter.

*Cathy Renee Powell*
CATHY RENEE' POWELL, CCR
Certified Court Reporter