MARIA CRUZ MALDONADO, ET UX     *   NUMBER 582,129   DIVISION D

VERSUS     *   19TH JUDICIAL DISTRICT COURT

    *   PARISH OF EAST BATON ROUGE

KIEWIT LOUISIANA CO., ET AL.

    *   STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, come the plaintiffs, MARIA CRUZ MALDONADO, Individually and as representative of the ESTATE OF ULVALDO SOTO MARTINEZ, DECEASED, and as Next Friend and Natural Guardian of JUSTIN SOTO-MALDONADO AND USVALDO JESUS SOTO-MALDONADO, MINORS, and GILBERTO SOTO MARTINEZ, and move that their claims against JL STEEL REINFORCING, LLC, only, be dismissed with prejudice, all parties to bear their own costs, and plaintiffs reserving their claims against all other defendants.

BY ATTORNEYS:

_____
JUAN C. HERNANDEZ
Texas Bar Number 24002270
Hernandez & Browning
8111 LBJ Freeway, Suite 1065
Dallas, Texas 75251
PH: (972) 235-4444
FX: (972) 235-4454

REC'D C.P.
MAR 10 2011

REC'D C.P.
MAR 14 2011

FILED
MAR 10 2011
_____
DEPUTY CLERK OF COURT


EBR663376


EXHIBIT L

| | |
|---|---|
| MARIA CRUZ MALDONADO, ET UX. | * NUMBER 582,129 DIVISION D |
| VERSUS | * 19TH JUDICIAL DISTRICT COURT |
| | * PARISH OF EAST BATON ROUGE |
| KIEWIT LOUISIANA CO., ET AL. | * STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss filed by the plaintiffs, MARIA CRUZ MALDONADO, Individually and as representative of the ESTATE OF ULVALDO SOTO MARTINEZ, DECEASED, and as Next Friend and Natural Guardian of JUSTIN SOTO-MALDONADO AND USVALDO JESUS SOTO-MALDONADO, MINORS, and GILBERTO SOTO MARTINEZ, is granted and their suit against JL STEEL REINFORCING, LLC, only, is hereby dismissed with prejudice, all parties to bear their own costs, and plaintiffs= claims against all other defendants are reserved.

Baton Rouge, East Baton Rouge Parish, Louisiana, this _____ day of _March_, 2011.

_____
JUDGE JANICE CLARK
DIVISION D
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH, LOUISIANA

## CERTIFICATE

I HEREBY CERTIFY that a copy of the foregoing has been sent to all known counsel of record by United States mail, postage prepaid, or by e-mail or facsimile, this 9th day of _March_, 2011.

_____
Martin E. Golden

COST OK $ _____

MAR 10 2011
DEPUTY CLERK OF COURT

CERTIFIED TRUE COPY
MAR 21 2011
BY _____ DEPUTY CLERK

FILED
MAR 10 2011
DEPUTY CLERK OF COURT

_____

ROBERT LYON
Texas Bar Number 12739900
Robert Lyon & Associates, Attorneys
3301 Century Drive, St. A
Rowlett, TX 75088
PH: 972-412-0412
FX: 972-475-5804

STEVE M. SIKICH (#18026)
The Sikich Law Firm
309 E. Sallier Street, Suite B (70601)
Post Office Box 1432
Lake Charles, Louisiana 70602
PH: (337) 721-8008
FX: (337) 721-8006

ATTORNEYS FOR PLAINTIFFS

FILED
MAR 10 2011
DEPUTY CLERK OF COURT