TO: "7132661064@sendfax.fax2me.com" 7132661064@sendfax.fax2me.com
TO: "9566305393@sendfax.fax2me.com" 9566305393@sendfax.fax2me.com
TO: "2102235007@sendfax.fax2me.com" 2102235007@sendfax.fax2me.com
TO: "7136529702@sendfax.fax2me.com" 7136529702@sendfax.fax2me.com
TO: "7136277148@sendfax.fax2me.com" 7136277148@sendfax.fax2me.com
TO: "9722354454@sendfax.fax2me.com" 9722354454@sendfax.fax2me.com
TO: "8178771636@sendfax.fax2me.com" 8178771636@sendfax.fax2me.com
TO: "3377218006@sendfax.fax2me.com" 3377218006@sendfax.fax2me.com
**FROM:** Laura De La Cruz ldelacruz@txattorneys.com
**REPLY:** Laura De La Cruz ldelacruz@txattorneys.com

Please see attached.

Thank you,

Laura De La Cruz
Legal Assistant
The Buzbee Law Firm
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
ldelacruz@txattorneys.com

EXHIBIT
tabbles
N

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

January 22, 2010

**Via Facsimile: 713-266-1064**
**and Certified Mail/RRR**
Mr. Wade R. Quinn
RAMEY, CHANDLER,
MCKINLEY & ZITO, P.C.
One Bering Park
750 Bering Drive, Suite 600
Houston, Texas 77057

Re: CA. 4:09-cv-02521; *Guadalupe Arenas Vargas, Individually and As Representative of the Estate of Martin Anastacio Reyes Osuna, Deceased, and As Next Friend of Zaid Martin Reyes Arenas vs. Traylor Brothers, Inc., IHI, Inc., Massman Construction Co. & JL Steel Reinforcing, LL;* In the United States District Court, Southern District of Texas, Houston Division

Counsel:

Enclosed please find the following with regard to the above-referenced matter:

1. Plaintiff Guadalupe Arenas Vargas, Individually's, Objections and Answers to Defendant JL Steel Reinforcing, LLC's First Set of Interrogatories;
2. Plaintiff Guadalupe Arenas Vargas, As Representative of the Estate of Martin Anastacio Reyes Osuna's, Objections and Answers to Defendant JL Steel Reinforcing, LLC's First Set of Interrogatories;
3. Plaintiff Guadalupe Arenas Vargas, As Next Friend of Zaid Martin Reyes Arenas', Objections and Answers to Defendant JL Steel Reinforcing, LLC's First Set of Interrogatories; and,
4. Plaintiff's Objections and Responses to Defendant JL Steel Reinforcing, LLC's First Request for Production to Plaintiff.

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445

Should you have any questions regarding this matter, please do not hesitate to contact me.

Best Regards,

Christopher K. Johns /lbd

Christopher K. Johns

CKJ/lbd
Encl.

cc: (w/ enclosures)

**Via Facsimile: 956-630-5393**
Mr. Ricardo Garcia
Mr. Aizar Karam
THE LAW OFFICE OF GARCIA
& KARAM, L.L.P.
820 South Main
McAllen, Texas 78501

**Via Facsimile: 210-223-5007**
Mr. Carlos Solis
Mr. Paul Smith
SOLIS & SMITH, P.C.
1925 North New Braunfels
San Antonio, Texas 78208

**Via Facsimile: 713-652-9702**
Mr. Peter J. Bambace
HOLM, BAMBACE, & MCCABE, L.L.P.
1010 Lamar, Ste. 1100
Houston, TX 77002

**Via Facsimile: 713-627-7148**
Mr. David S. Bland
Mr. C. Lee Winkelman
LEBLANC BLAND, PLLC
1717 St. James Place, Ste. 360
Houston, TX 77056

**Via Facsimile: 972-235-4454**
Mr. Juan Hernandez
CRANE & HERNANDEZ, P.C.
8111 LBJ Freeway, Suite 1065
Dallas, Texas 75251

**Via Facsimile: 817-877-1636**
Mr. William R. (Butch) Korb, Jr.
BOURLAND, WALL
& WENZEL, P.C.
301 Commerce Street, Suite 1500
Fort Worth, Texas 76102

**Via Facsimile: 337-721-8006**
Mr. Steve M. Sikich
THE SIKICH LAW FIRM
309 E. Sallier Street, Suite B
Post Office Box 1432
Lake Charles, Louisiana 70602

From: 7132233393 Date: 2010-01-22 Time 21:46:16 Page: 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Guadalupe Arenas Vargas, et al. *Plaintiffs* | § § § | |
| V. | § § | **Civil Action No. H-09-2521** |
| Traylor Brothers, Inc., et al. *Defendants* | § § § | |

**PLAINTIFF GUADALUPE ARENAS VARGAS, INDIVIDUALLY'S, OBJECTIONS AND ANSWERS TO DEFENDANT, JL STEEL REINFORCING, L.L.C.'S FIRST SET OF INTERROGATORIES**

TO: Defendant JL STEEL REINFORCING, L.L.C. by and through its attorneys of record, Mr. Wade R. Quinn, Barker Lyman, 3600 One Houston Center, 1221 McKinney Street, Houston, TX 77010-2009.

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Guadalupe Arenas Vargas, Individually, serves the following Objections and Answers to Defendant's Interrogatories.

Respectfully submitted,

By: */s/ Christopher K. Johns*

ANTHONY G. BUZBEE
SBOT No: 24001820
SD ID No. 22679
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

OF COUNSEL:

**THE BUZBEE LAW FIRM**
Christopher K. Johns
SBOT No. 24002353
SD ID No. 21630
cjohns@txattorneys.com

and

**THE LAW OFFICE OF GARCIA & KARAM, L.L.P.**
Ricardo Garcia
SBOT No. 07643200
Aizar Karam
SBOT No. 00796860
820 South Main
McAllen, Texas 78501
Telephone: 956-630-2882
Facsimile: 956-6305393

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Federal Rules of Civil Procedure on this ***22nd day of January, 2010,*** as set forth below:

Peter J. Bambace
Holm, Bambace & McCabe, LLP
1010 Lamar, Ste. 1100
Houston, Texas 77002

David S. Bland
LeBlanc Bland PLLC
1717 St. James Place, Ste. 360
Houston, Texas 77056

Juan Hernandez
Crane & Hernandez, P.C.
8111 LBJ Freeway, Suite #1065
Dallas, Texas 75251

William R. (Butch) Korb, Jr.
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Ste. 1500
Fort Worth, Texas 76102-4115

Steve M. Sikich
The Sikich Law Firm
Post Office Box 1432
Lake Charles, Louisiana 70602

/s/ Christopher K. Johns
Christopher K. Johns

**PLAINTIFF GUADALUPE ARENAS VARGAS, INDIVIDUALLY'S, OBJECTIONS AND ANSWERS TO DEFENDANT, JL STEEL REINFORCING, L.L.C.'S FIRST SET OF INTERROGATORIES**

1. State your full name, date of birth, age, and current address.

**ANSWER:**

**Name: Guadalupe Arenas Vargas**
**Date of Birth: February 26, 1985**
**Address: C Olivia Loses de Felan 344 Fracc. Arboledas 25500**
**San Buenaventura, Coahuila**

2. Please state specifically the nature of any damage and/or injuries suffered by you which you allege to have been caused by this Defendant.

**ANSWER:**

**Plaintiff objects to this interrogatory to the extent it is overly broad, unduly burdensome, and seeks to require a narrative answer in such detail as is only possible in an oral deposition or testimony at trial.**

**Subject to and without waiving the foregoing objections, see the following:**

**As a result of Defendant's conduct, Plaintiff has suffered loss of support, mental anguish, loss of companionship and society, and loss of inheritance. Plaintiff's economic losses will be set forth in a report prepared by her retained expert economist.**

**Plaintiff seeks exemplary damages from Defendant based on Defendant's gross negligence.**

3. Have you recovered from the damages and/or injuries you allege to have been caused by this Defendant in this lawsuit? If not, what complaints do you still have?

**ANSWER:**

**Plaintiff objects to this interrogatory to the extent it is overly broad, unduly burdensome, and seeks to require a narrative answer in such detail as is only possible in an oral deposition or testimony at trial.**

20. Regarding any other marriages, please state the following information:

(a) The name or names of each person to whom you have been married.

(b) The date that each marriage began and ended.

(c) The names, date of births and addresses of all children born to each marriage.

(d) if a ceremonial marriage, the county where each marriage occurred

(e) whether each marriage was a ceremonial or common-law marriage.

**ANSWER:**

**Plaintiff objects to this interrogatory to the extent it is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant or admissible evidence.**

**Subject to and without waiving the foregoing objections, see the following:**

**Plaintiff recalls no other marriages.**

21. With respect to the deceased, at the time of death, please state his full name, address, date and place of birth, occupation and business address, social security number, all prior names by which deceased had been known and all prior residence addresses for the last ten years.

**ANSWER:**

**Name: Martin Anastacio Reyes Osuna**
**Address: 9435 Middle Fiskville, Austin, Texas 78753**
**Place of Birth: Monclova, Coahuila, Mexico**
**Date of Birth: April 2, 1983**
**Occupation: Construction Worker for JL Steel**

**Plaintiff will supplement if need be.**

22. Please state the highest level of education decedent attained as well as the degree, date of degree and any special scholastic honors achieved by the decedent.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Guadalupe Arenas Vargas, et al.<br>*Plaintiffs* | §<br>§ | |
| V. | §<br>§<br>§ | **Civil Action No. H-09-2521** |
| Traylor Brothers, Inc., et al.<br>*Defendants* | §<br>§<br>§ | |

**GUADALUPE ARENAS VARGAS, AS REPRESENTATIVE OF THE ESTATE OF MARTIN ANASTACIO REYES OSUNA'S, OBJECTIONS AND ANSWERS TO DEFENDANT, JL STEEL REINFORCING, L.L.C.'S FIRST SET OF INTERROGATORIES**

TO: Defendant, JL STEEL REINFORCING, L.L.C., by and through its attorneys of record, Mr. Wade R. Quinn, Barker Lyman, 3600 One Houston Center, 1221 McKinney Street, Houston, TX 77010-2009.

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Guadalupe Arenas Vargas, As Representative Of The Estate Of Martin Anastacio Reyes Osuna, serves the following Objections and Answers to Defendant's First Set of Interrogatories.

Respectfully submitted,

By: */s/ Christopher K. Johns*

ANTHONY G. BUZBEE
SBOT No: 24001820
SD ID No. 22679
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

OF COUNSEL:

**THE BUZBEE LAW FIRM**
Christopher K. Johns
SBOT No. 24002353
SD ID No. 21630
cjohns@txattorneys.com

and

**THE LAW OFFICE OF GARCIA & KARAM, L.L.P.**
Ricardo Garcia
SBOT No. 07643200
Aizar Karam
SBOT No. 00796860
820 South Main
McAllen, Texas 78501
Telephone: 956-630-2882
Facsimile: 956-6305393

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Federal Rules of Civil Procedure on this ***22nd day of January, 2010,*** as set forth below:

Peter J. Bambace
Holm, Bambace & McCabe, LLP
1010 Lamar, Ste. 1100
Houston, Texas 77002

David S. Bland
LeBlanc Bland PLLC
1717 St. James Place, Ste. 360
Houston, Texas 77056

Juan Hernandez
Crane & Hernandez, P.C.
8111 LBJ Freeway, Suite #1065
Dallas, Texas 75251

William R. (Butch) Korb, Jr.
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Ste. 1500
Fort Worth, Texas 76102-4115

Steve M. Sikich
The Sikich Law Firm
Post Office Box 1432
Lake Charles, Louisiana 70602

/s/ Christopher K. Johns
Christopher K. Johns

**GUADALUPE ARENAS VARGAS, AS REPRESNTATIVE OF THE ESTATE FOR MARTIN ANASTACIO REYES OSUNA'S, OBJECTIONS AND ANSWERS TO DEFENDANT, JL STEEL REINFORCING, <u>L.L.C.'S FIRST SET OF INTERROGATORIES</u>**

1. State your full name, date of birth, age, and current address.

<u>**ANSWER:**</u>

**Name: Guadalupe Arenas Vargas**
**Date of Birth: February 26, 1985**
**Address: C Olivia Loses de Felan 344 Fracc. Arboledas 25500**
**San Buenaventura, Coahuila**

2. With respect to the deceased, at the time of death, please state his full name, address, date and place of birth, occupation and business address, social security number, all prior names by which deceased had been known and all prior residence addresses for the last ten years.

<u>**ANSWER:**</u>

**Name: Martin Anastacio Reyes Osuna**
**Address: 9435 Middle Fiskville, Austin, Texas 78753**
**Place of Birth: Monclova, Coahuila, Mexico**
**Date of Birth: April 2, 1983**
**Occupation: Construction Worker for JL Steel**

3. Please state the highest level of education decedent attained as well as the degree, date of degree and any special scholastic honors achieved by the decedent.

<u>**ANSWER:**</u>

**Plaintiff cannot recall at this time. Plaintiff will supplement.**

4. If the decedent was survived by a spouse, any natural or adopted children, or either parent, please state for each his/her name, date of birth and present address.

<u>**ANSWER:**</u>

**Spouse: Guadaupe Arenas Vargas (Please see Answer to Interrogatory No.1 for additional information).**

**Children: Zaid Martin Arenas Vargas (DOB: 05/10/2002; Address: C Olivia Loses de Felan 344 Fracc. Arboledas 25500 San Buenaventura, Coahuila)**

5.　　For each person surviving decedent and claiming damages in this action, please state his/her name, address and date of birth.

**ANSWER:**

**Zaid Martin Arenas Vargas, Guadalupe Arenas Vargas (see above for contact information)**
**Martin Reyes Adame (Address: Privada Francisco Villa 366, San Buenaventura, Coahuila, Mexico 25500)**
**Juana Silva Osuna Garcia (Address: Privada Francisco Villa 366, San Buenaventura, Coahuila, Mexico 25500)**

6.　　If the decedent died testate, please state the date the will and each codicil was executed; whether the will is still in probate; the name, address and relationship to decedent of each beneficiary named in the will along with the bequest or devise made to each; and the name and address of each attorney of record in the probate of the will.

**ANSWER:**

**Plaintiff is not aware of any will. Plaintiff will supplement if need be.**

7.　　Please indicate which, if any, of the following decedent ever suffered from, along with dates –

Heart trouble

Paralysis

Diabetes

Cancer

Epilepsy

Neck or back pain

Ulcers

Alcoholism

Venereal disease

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Guadalupe Arenas Vargas, et al.<br>*Plaintiffs* | §<br>§<br>§ | |
| V. | §<br>§ | **Civil Action No. H-09-2521** |
| Traylor Brothers, Inc., et al.<br>*Defendants* | §<br>§<br>§ | |

**PLAINTIFF, GUADALUPE ARENAS VARGAS, AS NEXT FRIEND OF ZAID MARTIN REYES ARENAS'S, OBJECTIONS AND ANSWERS TO DEFENDANT JL STEEL REINFORCING, L.L.C.'S FIRST SET OF INTERROGATORIES**

TO: Defendant, JL STEEL REINFORCING, L.L.C., by and through its attorneys of record, Mr. Wade R. Quinn, Barker Lyman, 3600 One Houston Center, 1221 McKinney Street, Houston, TX 77010-2009.

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Guadalupe Arenas Vargas, As Next Friend of Zaid Martin Reyes, serves the following Objections and Answers to Defendant's First Set of Interrogatories.

Respectfully submitted,

By: */s/ Christopher K. Johns*

ANTHONY G. BUZBEE
SBOT No: 24001820
SD ID No. 22679
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

OF COUNSEL:

**THE BUZBEE LAW FIRM**
Christopher K. Johns
SBOT No. 24002353
SD ID No. 21630
cjohns@txattorneys.com

and

**THE LAW OFFICE OF GARCIA & KARAM, L.L.P.**
Ricardo Garcia
SBOT No. 07643200
Aizar Karam
SBOT No. 00796860
820 South Main
McAllen, Texas 78501
Telephone: 956-630-2882
Facsimile: 956-6305393
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Federal Rules of Civil Procedure on this ***22nd day of January, 2010,*** as set forth below:

Peter J. Bambace
Holm, Bambace & McCabe, LLP
1010 Lamar, Ste. 1100
Houston, Texas 77002

David S. Bland
LeBlanc Bland PLLC
1717 St. James Place, Ste. 360
Houston, Texas 77056

Juan Hernandez
Crane & Hernandez, P.C.
8111 LBJ Freeway, Suite #1065
Dallas, Texas 75251

William R. (Butch) Korb, Jr.
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Ste. 1500
Fort Worth, Texas 76102-4115

Steve M. Sikich
The Sikich Law Firm
Post Office Box 1432
Lake Charles, Louisiana 70602

/s/ Christopher K. Johns
Christopher K. Johns

**PLAINTIFF, GUADALUPE ARENAS VARGAS, AS NEXT FRIEND OF ZAID MARTIN REYES ARENAS'S, OBJECTIONS AND ANSWERS TO DEFENDANT JL STEEL REINFORCING, L.L.C.'S FIRST SET OF INTERROGATORIES**

1. State the Minor Child's name, address, date of birth, social security number, driver's license number, and marital status.

**ANSWER:**

**Zaid Martin Reyes Arenas**
**Address: C Olivia Loses de Felan 344 Fracc. Arboledas 25500**
**San Buenaventura, Coahuila**
**Date of Birth: May 10, 2002**
**Minor Child does not have a U.S. Social Security Number**
**Minor Child does not have a driver's license**
**Minor Child is not married.**

2. Please state:

    a. When the Minor Plaintiff first learned of the accident in question;

    b. The name, address and telephone number of the person who informed the Minor Plaintiff of the accident;

    c. How long after the accident the Minor Plaintiff first learned of same;

    d. Where the Minor Plaintiff was located when he learned of same;

    e. Whether the Minor Plaintiff ever went to the scene of the accident; and

    f. The name, address and telephone number of each person who was present when the Minor Plaintiff learned of the accident.

**ANSWER:**

**Plaintiff objects to this interrogatory to the extent it is overly broad, unduly burdensome, and seeks to require a narrative answer in such detail as is only possible in an oral deposition or testimony at trial, and is not reasonably calculated to lead to the discovery of relevant or admissible evidence.**

**Subject to and without waiving the foregoing objections, see the following:**

**a. Minor Plaintiff learned of the accident shortly after the incident.**

**b. Minor Plaintiff learned of accident from his mother, Guadalupe Arenas Vargas.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Guadalupe Arenas Vargas, et al. *Plaintiffs* | § § | |
| V. | § § § | **Civil Action No. H-09-2521** |
| Traylor Brothers, Inc., et al. *Defendants* | § § § | |

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT JL STEEL REINFORCING, L.L.C.'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFF**

TO: Defendant, JL STEEL REINFORCING, L.L.C., by and through its attorneys of record, Mr. Wade R. Quinn, Barker Lyman, 3600 One Houston Center, 1221 McKinney Street, Houston, TX 77010-2009.

Pursuant to the Federal Rules of Civil Procedure, Plaintiff serve the following Objections and Responses to Defendant's First Request for Production.

Respectfully submitted,

By: *\/s/ Christopher K. Johns*

ANTHONY G. BUZBEE
SBOT No: 24001820
SD ID No. 22679
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

OF COUNSEL:

**THE BUZBEE LAW FIRM**
Christopher K. Johns
SBOT No. 24002353
SD ID No. 21630
cjohns@txattorneys.com

and

**THE LAW OFFICE OF GARCIA & KARAM, L.L.P.**
Ricardo Garcia
SBOT No. 07643200
Aizar Karam
SBOT No. 00796860
820 South Main
McAllen, Texas 78501
Telephone: 956-630-2882
Facsimile: 956-6305393

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Federal Rules of Civil Procedure on this ***22nd day of January, 2010,*** as set forth below:

Peter J. Bambace
Holm, Bambace & McCabe, LLP
1010 Lamar, Ste. 1100
Houston, Texas 77002

David S. Bland
LeBlanc Bland PLLC
1717 St. James Place, Ste. 360
Houston, Texas 77056

Juan Hernandez
Crane & Hernandez, P.C.
8111 LBJ Freeway, Suite #1065
Dallas, Texas 75251

William R. (Butch) Korb, Jr.
Bourland, Wall & Wenzel, P.C.
301 Commerce Street, Ste. 1500
Fort Worth, Texas 76102-4115

Steve M. Sikich
The Sikich Law Firm
Post Office Box 1432
Lake Charles, Louisiana 70602

/s/ Christopher K. Johns
Christopher K. Johns

5. A copy of Martin Anastacio Reyes Osuna's driver's license.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

6. A copy of Martin Anastacio Reyes Osuna's social security card.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

7. If you are claiming a loss of earnings, all documents reflecting the total amount of work actually missed as a consequence of the incident in question, including personnel records, payroll records, and records reflecting your use of sick days or vacation time during the recovery from injuries, if any, which are currently in your custody or control.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

8. Any documents you maintain regarding social security benefits, unemployment compensation benefits, insurance disability, or any type of workers' compensation benefits which pertain to the incident in question.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

9. Any and all expert reports which have been prepared in connection with this lawsuit reflecting thereon, the complete name and business address of the expert who prepared such report and is expected to testify in the trial of this cause. If there is any expert who has not yet prepared such a report, a request is hereby made that a report be made and furnished to defendant together with the response to Request for Production.

**RESPONSE:**

**None at this time.   Plaintiff will supplement pursuant to the Court's scheduling order.**

10.   Reports, graphs, studies, notes, photographs, slides, and/or other written memoranda contained with in the file of each testifying expert.

**RESPONSE:**

**None at this time.   Plaintiff will supplement pursuant to the Court's scheduling order.**

11.   Any and al work papers, notes, documents, or database of any expert witness who may be called to testify at the trial of this cause, or upon whose report, conclusion, impression, or finding has been reviewed by an expert who may be called to testify at the trial of this case.

**RESPONSE:**

**None at this time.   Plaintiff will supplement pursuant to the Court's scheduling order.**

12.   Any and all reports, graphs, studies, notes, photographs, slides, and/or other written memoranda prepared by an expert used for consultation if said documentation has been reviewed by an expert who may be called to testify at the trial of this case.

**RESPONSE:**

**None at this time.   Plaintiff will supplement pursuant to the Court's scheduling order.**

13.   All documents constituting or evidencing any payment received by you or through any insurance company or business providing death benefit payments to you following the accident made the subject of this lawsuit.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

14. All documents constituting or evidencing any payment received by the estate of Martin Anastacio Reyes Osuna or through any insurance company or business providing death benefit payments to Martin Anastacio Reyes Osuna or his beneficiaries following the accident made the subject of this lawsuit.

   **RESPONSE:**

   **To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

15. Each and every document, item, authority, statement, and any other tangible item or material upon which an expert retained by you and expected to testify in this matter has or will reply upon in whole or in part to reach his or her opinion. In lieu of producing these documents, you may submit a complete and detailed list which describes and identifies the requested documents.

   **RESPONSE:**

   **None at this time.    Plaintiff will supplement pursuant to the Court's scheduling order.**

16. A current curriculum vitae or resume of any expert witness expected to testify in this matter.

   **RESPONSE:**

   **None at this time.    Plaintiff will supplement pursuant to the Court's scheduling order.**

17. All documents identified in your answers to Defendant's interrogatories.

   **RESPONSE:**

   **To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

   **Please see attached marriage certificate.**

18. Any documents and/or materials of any type concerning evidence of a conviction to be used concerning any party, fact witness, or expert witness named in response to discovery by any party. This request incorporates and

specifically refers to the names of any party, fact witness or expert witness as if fully set forth herein. In accordance with the Texas Rules of Civil Procedure and the Texas Rules of Evidence, evidence of a conviction includes, but is not limited to, the name of the person convicted, the offense for which he or she was convicted, the date of such conviction, the court of such conviction, and the sentence involved.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

19.    Any and all settlement agreements, releases, covenants not to sue, loan receipt agreements, Mary Carter agreements, guaranty agreements, or cooperation agreements which you have entered into or which have been proposed with respect toe the incident made the basis of this lawsuit.

**RESPONSE:**

**None.**

20.    Any documentation you plan to introduce into evidence at the trial of this cause to prove the nature and extent and amount sought for each element of damage asserted by you as a result of the alleged negligence of Defendant.

**RESPONSE:**

**Plaintiff objects to this request because it is premature. She will supplement pursuant to the Court's scheduling order.**

21.    Please produce a copy of decedent Martin Anastacio Reeys Osuna's marriage license(s), if any exist.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

**Please see attached.**

22.    Please produce all employment records, payroll records, Federal Income Tax returns, and/or other documents that indicated, reflect, refer, or related to any lost wages you claim were a result of the death of Martin Anastacio Reyes

39. Please produce any and all documents related to any claims made by you, related to the decedent, for death benefits, otherwise, filed as a result of the accident in question.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

40. Please produce the decedent's birth certificate.

**RESPONSE:**

**Please see attached birth certificate.**

41. Please produce your own birth certificate.

**RESPONSE:**

**Please see attached birth certificate.**

42. A copy of all the records and/or documents and/or statements pertaining to any debts of the deceased, Martin Anastacio Reyes Osuna.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

43. A copy of all records and/or documents and/or statements pertaining to credit cards with balances that had the name of the deceased, Martin Anastacio Reyes Osuna, on the account.

**RESPONSE:**

**To the extent the requested materials are in Plaintiff's possession, custody, or control, Plaintiff will produce.**

44. A copy of all records and/or documents and/or statements pertaining to any home loans and/or home mortgages that had the deceased, Martin Anastacio Reyes Osuna, on the account.

**RESPONSE:**



# ESTADOS UNIDOS MEXICANOS
## REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA
Y COMO OFICIAL 01 DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. 1 TOMO No. 1
DEL ARCHIVO DE ESTA OFICIALIA EN LA HOJA No. 163 SE ENCUENTRA ASENTADA EL ACTA No. 00163
DE FECHA 19/ABRIL/1983
C. OFICIAL 01 DEL REGISTRO CIVIL CON RESIDENCIA EN SAN BUENAVENTURA LEVANTADA POR EL
MUNICIPIO DE SAN BUENAVENTURA, COAHUILA EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

### ACTA DE NACIMIENTO

NOMBRE MARTIN ANASTACIO REYES OSUNA

FECHA DE NACIMIENTO 1983 (AÑO) ABRIL (MES) 2 (DIA) 01:30:00 (HORA)

PRESENTADO [✓] VIVO [ ] MUERTO SEXO [✓] MASCULINO [ ] FEMENINO

LUGAR DE NACIMIENTO

MONCLOVA (LOCALIDAD) MONCLOVA (MUNICIPIO) COAHUILA (ENTIDAD) MEXICO (PAIS)

COMPARECIO LA MADRE

### PADRES

NOMBRE MARTIN REYES ADAME EDAD 31 NACIONALIDAD MEXICANA
NOMBRE JUANA SILVIA OSUNA GARCIA EDAD 26 NACIONALIDAD MEXICANA

### ABUELOS PATERNOS

NOMBRE ANASTACIO REYES GONZALEZ NACIONALIDAD MEXICANA
NOMBRE RAMONA ADAME CERVANTES NACIONALIDAD MEXICANA

### ABUELOS MATERNOS

NOMBRE FIDENCIO OSUNA AMADOR NACIONALIDAD MEXICANA
NOMBRE GERTRUDIS GARCIA GARZA NACIONALIDAD MEXICANA

C.R.I.P. 050310183001639 C.U.R.P REOM830402HCLYSR04

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN LOS ARTICULOS 156 DEL CODIGO CIVIL VIGENTE EN EL ESTADO Y 3°, 4°, 5° Y DEMAS RELATIVOS DE LA LEY REGLAMENTARIA DEL REGISTRO CIVIL PARA EL ESTADO DE COAHUILA EN SAN BUENAVENTURA
A LOS 25 DIAS DEL MES DE ABRIL DEL 2007

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

OFICIALIA 01 DEL REGISTRO CIVIL SAN BUENAVENTURA ESTADO DE COAHUILA DE ZARAGOZA

EL C. OFICIAL 1 DEL REGISTRO CIVIL DOY FE.

C. AURELIA VILLARREAL SILLER
NOMBRE

FIRMA

TRAMITE No. 14085

ASIENTA ISABEL CRISTINA MARTINEZ NAÑEZ

1970963



# ESTADOS UNIDOS MEXICANOS
## REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA Y COMO OFICIAL 01 DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. 1 TOMO No. 2 DEL ARCHIVO DE ESTA OFICIALIA EN LA HOJA No. 12 SE ENCUENTRA ASENTADA EL ACTA No. 00212 DE FECHA 19/MAYO/1987 LEVANTADA POR EL C. OFICIAL 01 DEL REGISTRO CIVIL CON RESIDENCIA EN SAN BUENAVENTURA MUNICIPIO DE SAN BUENAVENTURA, COAHUILA EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

### ACTA DE NACIMIENTO

NOMBRE GUADALUPE ARENAS VARGAS

FECHA DE NACIMIENTO 1985 (AÑO) FEBRERO (MES) 26 (DIA) 07:30:00 (HORA)

PRESENTADO ☑ VIVO ☐ MUERTO SEXO ☐ MASCULINO ☑ FEMENINO

LUGAR DE NACIMIENTO

SAN BUENAVENTURA (LOCALIDAD) SAN BUENAVENTURA (MUNICIPIO) COAHUILA (ENTIDAD) MEXICO (PAIS)

COMPARECIO LA MADRE

### PADRES

NOMBRE ---------- EDAD ------ NACIONALIDAD ------

NOMBRE EDELMIRA ARENAS VARGAS EDAD 35 NACIONALIDAD MEXICANA

### ABUELOS PATERNOS

NOMBRE ---------- NACIONALIDAD ------

NOMBRE ---------- NACIONALIDAD ------

### ABUELOS MATERNOS

NOMBRE FELIPE ARENAS MORENO NACIONALIDAD MEXICANA

NOMBRE VICTORIA VARGAS ZUÑIGA. NACIONALIDAD MEXICANA

C.R.I.P. 050310187002125 C.U.R.P AEVG850226MCLRRD00

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN LOS ARTICULOS 156 DEL CODIGO CIVIL VIGENTE EN EL ESTADO Y 3°, 4°, 5° Y DEMAS RELATIVOS DE LA LEY REGLAMENTARIA DEL REGISTRO CIVIL PARA EL ESTADO DE COAHUILA EN SAN BUENAVENTURA
A LOS 25 DIAS DEL MES DE ABRIL DEL 2007

EL C. OFICIAL 1 DEL REGISTRO CIVIL DOY FE.

C. AURELIA VILLARREAL SILLER
NOMBRE

FIRMA

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

OFICIALIA 01 DEL REGISTRO CIVIL SAN BUENAVENTURA ESTADO DE COAHUILA DE ZARAGOZA

TRAMITE No. 14084

ASIENTA ISABEL CRISTINA MARTINEZ NAÑEZ

1970962


# ESTADOS UNIDOS MEXICANOS
# REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA Y COMO OFICIAL 01 DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. 1 TOMO No. 2 DEL ARCHIVO DE ESTA OFICIALIA EN LA HOJA No. 128 SE ENCUENTRA ASENTADA EL ACTA No. 00328 DE FECHA 03/OCTUBRE/2002 LEVANTADA POR EL C. OFICIAL 01 DEL REGISTRO CIVIL CON RESIDENCIA EN SAN BUENAVENTURA MUNICIPIO DE SAN BUENAVENTURA, COAHUILA EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

## ACTA DE NACIMIENTO

NOMBRE ZAID MARTIN REYES ARENAS

FECHA DE NACIMIENTO 2002 (AÑO) - MAYO (MES) 10 (DIA) 23:55:00 (HORA)

PRESENTADO ☑ *VIVO* ☐ *MUERTO* SEXO ☑ *MASCULINO* ☐ *FEMENINO*

LUGAR DE NACIMIENTO

MONCLOVA (LOCALIDAD) MONCLOVA (MUNICIPIO) COAHUILA (ENTIDAD) MEXICO (PAIS)

COMPARECIO AMBOS

### PADRES

NOMBRE MARTIN ANASTACIO REYES OSUNA EDAD 19 NACIONALIDAD MEXICANA

NOMBRE GUADALUPE ARENAS VARGAS EDAD 17 NACIONALIDAD MEXICANA

### ABUELOS PATERNOS

NOMBRE MARTIN REYES ADAME NACIONALIDAD MEXICANA

NOMBRE JUANA SILVIA OSUNA GARCIA NACIONALIDAD MEXICANA

### ABUELOS MATERNOS

NOMBRE ——— NACIONALIDAD ———

NOMBRE EDELMIRA ARENAS VARGAS NACIONALIDAD MEXICANA

C.R.I.P. 05031010200328D C.U.R.P ———

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN LOS ARTICULOS 156 DEL CODIGO CIVIL VIGENTE EN EL ESTADO Y 3°, 4°, 5° Y DEMAS RELATIVOS DE LA LEY REGLAMENTARIA DEL REGISTRO CIVIL PARA EL ESTADO DE COAHUILA EN SAN BUENAVENTURA A LOS 25 DIAS DEL MES DE ABRIL DEL 2007

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

OFICIALIA 01 DEL REGISTRO CIVIL SAN BUENAVENTURA ESTADO DE COAHUILA DE ZARAGOZA

EL C. OFICIAL 1 DEL REGISTRO CIVIL DOY FE.

C. AURELIA VILLARREAL SILLER
NOMBRE

TRAMITE No. 14086

ASIENTA ISABEL MARTINEZ NAÑEZ

FIRMA

1970964



# ESTADOS UNIDOS MEXICANOS
# REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA
Y COMO OFICIAL 01 DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. 4 TOMO No. 1
DEL ARCHIVO DE ESTA OFICIALIA EN LA HOJA No. 143 SE ENCUENTRA ASENTADA EL ACTA No. 00143
DE FECHA 24/NOVIEMBRE/2000 LEVANTADA POR EL
C. OFICIAL 1 DEL REGISTRO CIVIL CON RESIDENCIA EN SAN BUENAVENTURA
MUNICIPIO DE SAN BUENAVENTURA, COAHUILA EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

**ACTA DE MATRIMONIO**

**CONTRAYENTES**

NOMBRE DEL CONTRAYENTE MARTIN ANASTACIO REYES OSUNA
LUGAR DE NACIMIENTO
MONCLOVA MONCLOVA COAHUILA
EDAD 17 NACIONALIDAD MEXICANA

NOMBRE DE LA CONTRAYENTE GUADALUPE ARENAS VARGAS
LUGAR DE NACIMIENTO
SAN BUENAVENTURA SAN BUENAVENTURA COAHUILA
EDAD 15 NACIONALIDAD MEXICANA

ESTE CONTRATO DE MATRIMONIO SEGUN LA VOLUNTAD EXPRESADA POR LOS CONTRAYENTES ESTA SUJETO AL REGIMEN DE SOCIEDAD CONYUGAL

**PADRES DEL CONTRAYENTE**

NOMBRE DEL PADRE MARTIN REYES ADAME NACIONALIDAD MEXICANA
NOMBRE DE LA MADRE JUANA SILVIA OSUNA GARCIA NACIONALIDAD MEXICANA

**PADRES DE LA CONTRAYENTE**

NOMBRE DEL PADRE ---------- NACIONALIDAD ------
NOMBRE DE LA MADRE EDELMIRA ARENAS VARGAS NACIONALIDAD MEXICANA

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN LOS ARTICULOS 156 DEL CODIGO CIVIL VIGENTE EN EL ESTADO Y 3°, 4°, 5° Y DEMAS RELATIVOS DE LA LEY REGLAMENTARIA DEL REGISTRO CIVIL PARA EL ESTADO DE COAHUILA EN SAN BUENAVENTURA
A LOS 25 DIAS DEL MES DE ABRIL DEL 2007

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

OFICIALIA 01 DEL REGISTRO CIVIL SAN BUENAVENTURA ESTADO DE COAHUILA DE ZARAGOZA

EL C. OFICIAL 1 DEL REGISTRO CIVIL DOY FE.

C. AURELIA VILLARREAL SILLER
NOMBRE

FIRMA

TRAMITE No.

ASIENTA C. AURELIA VILLARREAL SILLER

1970965