IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Guadalupe Arenas Vargas, et al.<br>　　*Plaintiffs*<br><br>V.<br><br>Traylor Brothers, Inc., et al.<br>　　*Defendants* | § § § § § § § § § § | <br><br><br><br>Civil Action No. H-09-2521 |

## GUADALUPE ARENAS VARGAS', AS REPRESENTATIVE OF THE ESTATE OF MARTIN ANASTACIO REYES OZUNA, ANSWERS TO DEFENDANTS FIRST SET OF INTERROGATORIES

TO:　Defendants, TRAYLOR BROTHERS, INC., MASSMAN CONSTRUCTION CO., KIEWIT LOUSIANA CO., and KIEWIT LOUSIANA CO., MASSMAN CONSTRUCTION, CO., and TRAYLOR BROS., INC., A JOINT VENTURE, d/b/a KIEWIT MASSMAN TRAYLOR CONSTRUCTORS, by and through their attorneys of record David S. Bland, C. Lee Winkelman, Charles G. Clayton, IV, LeBlanc Bland, P.L.L.C., 909 Poydras Street, Suite 1860, New Orleans, LA 70112.

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Guadalupe Arenas Vargas, as Representative of the Estate of Martin Anastacio Reyes Ozuna, serves the following Objections and Answers to Defendants, Traylor Brothers, Inc., Massman Construction Co., Kiewit Louisiana Co., and Kiewit Louisiana Co., Massman Construction, Co., and Traylor Bros., Inc., a Joint Venture, d/b/a Kiewit Massman Traylor Constructors' First Set of Interrogatories.

Respectfully submitted,

By: ____*/s/ Christopher K. Johns*____
　　ANTHONY G. BUZBEE
　　SBOT No: 24001820
　　SD ID No. 22679
　　JP Morgan Chase Tower
　　600 Travis Street, Suite 7300
　　Houston, Texas 77002
　　Telephone: (713) 223-5393
　　Facsimile: (713) 223-5909



OF COUNSEL:

**THE BUZBEE LAW FIRM**
Christopher K. Johns
SBOT No. 24002353
SD ID No. 21630
cjohns@txattorneys.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Federal Rules of Civil Procedure on this *20th day of October, 2010,* as set forth below:

*Via CMRRR 7010 0290 0000 2296 2024*
David S. Bland
C. Lee Winkelman
Charles G. Clayton, IV
LeBlanc Bland, PLLC
909 Poydras Street, Suite 1860
New Orleans, LA 70112

/s/ *Christopher K. Johns*
Christopher K. Johns

# ANSWERS TO DEFENDANTS FIRST SET OF INTERROGATORIES

## INTERROGATORY NO. 1:

Please state your and the Decedents' present and all previous home, mailing and business addresses, home phone number, social security number, drivers license number (specifying state of issue), and date of birth; and please identify each person to whom you have previously been married, and state the date of termination, dissolution or annulment of each prior marriage, the court and docket number in which same was decreed.

**ANSWER:**

|  |  |
|---|---|
| Name: | Guadalupe Arenas Vargas |
| Address: | Calle Olivia Loces de Felon # 344 |
|  | San Buenaventura, Coahuila |
|  | CP. 25500, Mexico |
|  | Tel. 1877 116 0085 |
| DOB: | 02.26.85 |

|  |  |
|---|---|
| Name: | Martin Anastacio Reyes Osuna |
| Adderess: | 9435 Middle Fiskville |
|  | Austin, Texas 78753 |
| DOB: | 04.02.83 |

**Plaintiff has no previous marriages.**

## INTERROGATORY NO. 2:

Please identify each of your children and each of their biological, natural, legal, putative and/or adoptive father (s), the name of the head of the household wherein each of the Decedent's and/ or your surviving children presently reside, and state whether such children are dependent upon you for financial support or maintenance. Please also identify the Decedent's and your parents and state whether they are dependent upon you for support.

**ANSWER:**

Zaid Martin Reyes' father is Martin Anastacio Reyes Ozuna. Zaid Martin Reyes is dependent upon Guadalupe Arenas Vargas for support and resides with her.

Guadalupe Arenas Vargas's mother is Edelmira Arenas Vargas. Father is unknown.

Decedent's mother is Juana Silvia Ozuna Garcia; father is Martin Reyes Adame.



# J.L. STEEL, L.P.

005824

| Para Uso de la Oficina Solamente |
|---|
| Resultados de Droga: |
| Empleado por: |
| Pago $ |
| 1er dia de Trabajo: |

## APLICACION PARA EMPLEO
Proveer informacion que solicita
Aplicaciones que esten incompletos o si no estan legibles no van hacer tramitadas

## INFORMACION PERSONAL

Fecha __05/27/08__

Nombre __Reyes__ __Osuna__ __Martin__ __A.__  Numero de Seguro Social __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__
         Apellido     Primero de pila    Inicial de Segundo de pila

Domicilio __9935 Middle Fiskville__ Ciudad __Austin__

Estado __TX__ Codigo Postal __78753__ Telefono __(512) 767-0361__

Estas autorizo de trabajar en los Estados Unidos? Si __✓__ No ____ Estas empleado ahora? ____

Con quien? ____ Conozes alguien con esta compania? __Si__

Si la repuesta es si, quien? __Cesar Corona__ Que es la relacion? __Amigo__

## EXPERENCIA DE TRABAJO
Proveer una lista de experencia de los ultimos dos anos.

| Fecha Mes/Año | Nombre de la Compania Ciudad Y Estado | Clave de Area | Numero de Telefono | Nombre de Supervisor Inmediato | Tipo de Trabajo |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Posicion que solicita: ____ Pago que solicita: $ ____

Quien, si alguien, referiro usted a nosotros? ____

Aceptas empleo afuera del pueblo? Si __Si__ No ____

### POR FAVOR DE LEER CON CUIDADO

Es la poliza de J.L. Steel, L.P. de proporcionar igualmente la oportunidad de empleo a todos los aspirantes calificados sin tomar en consideracion la raza, religion, edad, sexo, color, origen nacional, incapacidad fisico o mental, estado como veterano incapacitado o veterano del era Vietnam.

Yo certifico que la informacion en la aplicacion es de verdad y corrector segun me entiendo J.L. Steel, L.P. esta autorizado a investigar mi historia personal usando cualquier agencia que prefiere. Yo entiendo que prueba de autorizacion para empleo es necesario antes de tener empleo segun la reforma de inmigracion y actuar cotrolar de 1986. Yo entiendo ques es necesario de pasar un fisico completo incluyendo un preba de drogas antes de tener empleo.

__Martin Reyes Osuna__
FIRMA

# CONTACTOS DE EMERGENCIA

Tu Nombre: _Martin Reyes_

En caso de emergencia, notificar: (Nombre): _Angel Corona_

(Relación): _Amigo_

(Telefono): _512-762-8879_

(Telefono de Trabajo): _____

(Dirección): _605 Materson Pass_
_# 921_

(Ciudad, Estado, Codigo Postal): _Austin TX_
_78753_

Segundo Contacto:

(Nombre): _____

(Relación): _____

(Telefono): _____

(Telefono de Trabajo): _____

(Dirección): _____

(Ciudad, Estado, Codigo Postal): _____

Por favor liste cualquier alergias o especial condición medica que pueda ser afectada por atención de emergencia medica:

# Form W-4 (2007)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2007 expires February 16, 2008. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $850 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/multiple job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners/Multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2007. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

## Personal Allowances Worksheet (Keep for your records.)

- **A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . A ____
- **B** Enter "1" if:
  - You are single and have only one job; or
  - You are married, have only one job, and your spouse does not work; or
  - Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.
  . . . . . . . B ____
- **C** Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . C ____
- **D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . D ____
- **E** Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . E ____
- **F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F ____
  (Note. Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)
- **G** **Child Tax Credit** (including additional child tax credit). See Pub 972, Child Tax Credit, for more information.
  - If your total income will be less than $57,000 ($85,000 if married), enter "2" for each eligible child.
  - If your total income will be between $57,000 and $84,000 ($85,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have 4 or more eligible children.
- **H** Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ▶ H ____

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($25,000 if married) see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

--- Cut here and give Form W-4 to your employer. Keep the top part for your records. ---

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0074 |
| Department of the Treasury Internal Revenue Service | ▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | **2007** |

**1** Type or print your first name and middle initial. Last name (Primer Nombre y Apellido)
   Martin   Reyes
   Home address (number and street or rural route) (Domicilio)
   9435 Middle Fiskville
   City or town, state, and ZIP code (Ciudad, Estado, y Codigo)
   Austin tx   78753

**2** Your social security number (Seguro Social)
   608 170 8592

**3** ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
   Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

**4** If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

**5** Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)   **5** 1
**6** Additional amount, if any, you want withheld from each paycheck   **6** $ 4
**7** I claim exemption from withholding for 2007, and I certify that I meet both of the following conditions for exemption.
   • Last year I had a right to a refund of all federal income tax withheld because I had no tax liability and
   • This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
   If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.
Employee's signature (Su Firma)
Form is not valid unless you sign it.) ▶ *Martin Reyes*     (Fecha) Date ▶ 05-21-08

**8** Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | **9** Office code (optional) | **10** Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 10220Q   Form **W-4** (2007)

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins.

Print Name: Last (Apellido) **Reyes**  First (Primer Nombre) **Martin**  Middle Initial  Maiden Name

Address (Street Name and Number) Direccion **9433 Middle Fiskville**  Apt. # **105**

City (Ciudad) **Austin**  State (Estado) **TX**  Zip Code **78753**

Date of Birth (month/day/year) (Fecha de Nacimiento) **04-02-83**

Social Security # (Seguro Social) **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**

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [ ] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A_____)
- [ ] An alien authorized to work until __/__/__
  (Alien # or Admission #)

Employee's Signature (Firma) **Martin Reyes**

Date (month/day/year) **05/22/08** (Fecha)

### Preparer and/or Translator Certification. (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature

Print Name

Address (Street Name and Number, City, State, Zip Code)

Date (month/day/year)

## Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s)

**List A**
Document title: _____
Issuing authority: _____
Document #: _____
Expiration Date (if any): __/__/__
Document #: _____
Expiration Date (if any): __/__/__

**OR**

**List B**
**ID Card**
**Consulmex Austin**
**3548763**
**10/18/2010**

**AND**

**List C**
**SS Card**
**SSA**
**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**
__/__/__

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) __/__/__ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative

Print Name **Jesse Villalobos**  Title **Foreman**

Business or Organization Name **JL Steel LP**  Address (Street Name and Number, City, State, Zip Code)

Date (month/day/year) **5-21-08**

## Section 3. Updating and Reverification. To be completed and signed by employer.

A. New Name (if applicable)

B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____  Document #: _____  Expiration Date (if any): __/__/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative

Date (month/day/year)

