```
              CIVIL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
                              STATE OF LOUISIANA
    NO. C582129                                           DIVISION "D"
                              MARIA CRUZ MALDONADO
    Individually and as representative of the ESTATE OF ULVALDO SOTO MARTINEZ,
    DECEASED, and as Next Friend and Natural Guardian of JUSTIN SOTO-MALDONADO
                       AND USVALDO JESUS SOTO-MALDONADO,
                     MINORS, AND GILBERTO SOTO MARTINEZ
                                    VERSUS
         KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., TRAYLOR BROS.,
          INC., A JOINT VENTURE D/B/A KIEWIT MASSMAN TRAYLOR CONSTRUCTORS
          A/K/A KMTC JV, GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE
          PARTNERSHIP, PB AMERICAS, INC. F/K/A/ PARSONS, BRINCKERHOFF, QUADE
            & DOUGLAS, INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A
            JOINT VENTURE PARTNERSHIP, LPA GROUP INCORPORATED AS PARTNER OF
          GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP, G.E.C.
            INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE
             PARTNERSHIP, ZURICH AMERICAN INSURANCE COMPANY, THE STATE OF
                LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND
                      DEVELOPMENT AND JL STEEL REINFORCING, LLC.


                          UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF TEXAS
                                HOUSTON DIVISION

    GUADALUPE ARENAS VARGAS,                     )
    Individually and As Representative of the    )
    Estate of MARTIN ANASTACIO REYES             )
    OSUNA, Deceased, and As Next Friend of       )
    ZAID MARTIN REYES ARENAS; JUANA              )
    SYLVIA OZUNA GARCIA; and MARTIN              )
    REYES ADAME                                  )    C.A. NO. 4:09-CV-02521
                                                 )
    V.                                           )
                                                 )
    KIEWIT LOUISIANA CO., MASSMAN                )
    CONSTRUCTION CO., and TRAYLOR                )
    BROS., INC., a Joint Venture d/b/a KIEWIT    )    JURY TRIAL DEMANDED
    MASSMAN TRAYLOR CONSTRUCTORS;                )
    KIEWIT LOUISIANA CO.; MASSMAN                )
    CONSTRUCTION CO.; and TRAYLOR                )
```

PLAINTIFF'S EXHIBIT B

```
 1        ******************************************
          ORAL AND VIDEOTAPED DEPOSITION OF
 2
          MICHAEL CHARLES LAPOINTE
 3
          FEBRUARY 14, 2011
 4        ******************************************
 5        ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL CHARLES
 6    LAPOINTE, produced as a witness at the instance of the
 7    Plaintiffs, and duly sworn, was taken in the
 8    above-styled and numbered cause on the 14th day of
 9    February, 2011, from 9:22 a.m. to 6:59 p.m., before
10    Mary Burkes, CSR in and for the State of Texas,
11    reported by machine shorthand, at the law firm of
12    Deutsch, Kerrigan & Stiles, 755 Magazine Street, Fifth
13    Floor Conference Room, pursuant to Notice, and the
14    Louisiana Rules of Civil Procedure and the provisions
15    stated on the record or attached hereto.
16
17
18
19
20
21
22
23
24
25
```

9

1  THE VIDEOGRAPHER: Today's date is
2  February 14th, 2011. We are on the record at 9:22.
3  Start Tape 1.
4              MICHAEL CHARLES LAPOINTE,
5  having been first duly sworn, was examined and
6  testified as follows:
7                    EXAMINATION
8  QUESTIONS BY MR. LYON:
9      Q.   If you would please state your full name for
10 us on the record.
11     A.   Michael Charles LaPointe.
12     Q.   And, Mr. LaPointe, where do you live?
13     A.   I live in North Richland Hills, Texas.
14     Q.   And do you live there with your family?
15     A.   I -- with my wife, yes.
16     Q.   Do you have a business there?
17     A.   I do.
18     Q.   And what's the name of the business?
19     A.   JL Steel Reinforcing, LLC.
20     Q.   And how long has JL Steel been in business?
21     A.   Approximately 25 years.
22     Q.   And who are the owners of JL Steel?
23     A.   Right now, myself and my son.
24     Q.   And your son's name?
25     A.   Kyle LaPointe.

| | |
|---|---|
| 1 | THE STATE OF TEXAS ) |
| 2 | COUNTY OF HARRIS ) |

      I, Mary Abbott Burkes, Certified Shorthand Reporter, duly commissioned and qualified in and for the State of Texas, do hereby certify that there came before me on February 14th, 2011, at Deutsch, Kerrigan & Stiles, L.L.P., 755 Magazine Street, New Orleans, Louisiana 70130, the following named person; to wit, MICHAEL CHARLES LAPOINTE, who was by me duly cautioned and sworn to testify to the truth and nothing but the truth of his knowledge touching and concerning the matters in this cause; and that said witness was thereupon carefully examined upon his oath and his examination reduced to writing under my supervision; that it is a true record of the testimony given by the said witness, that said witness requested review and signature of the deposition; that changes, if any, made by the witness were returned and are contained on the Correction Page attached to the original transcript.

      I further certify that I am neither attorney for nor counsel for, nor related to nor employed by any of the parties in the action in which this statement is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested in this action.

1  IN WITNESS WHEREOF, I have hereunto affixed my
2  hand and seal of office on this, the _____ day
3  of _____ 2011.
4
5  _____
   Mary Abbott Burkes,
6  Certified Shorthand Reporter
   In and for the State of Texas
7  Certification No. 5199
8
9
10 Worldwide Court Reporters
   Firm Registration No. 223
11 3000 Weslayan, Suite 235
   Houston, Texas 77027
12 (713) 572-2000
13
14
15
16
17
18
19
20
21
22
23
24
25

Worldwide Court Reporters, Inc.
(800) 745-1101
300


1  IN WITNESS WHEREOF, I have hereunto affixed my
2  hand and seal of office on this, the _____ day
3  of _____ 2011.
4
5                          _____
                           Mary Abbott Burkes,
6                          Certified Shorthand Reporter
                           In and for the State of Texas
7                          Certification No. 5199
8
9
10 Worldwide Court Reporters
   Firm Registration No. 223
11 3000 Weslayan, Suite 235
   Houston, Texas 77027
12 (713) 572-2000