

< Return To Site | Send To Printer >

## Company Information

Back to List | Back to Advanced Search



[General Contractor]
**Kiewit Louisiana Co.**

| **SPECIALITY** | **DISTRICT AFFILIATION** |
|---|---|
| Heavy, Highway, Industrial, Marine, Municipal-Utilities, Railroad | New Orleans |

**CONTACT PERSON**  **DISTRICT**

**John Proskovec, Vice President**  E-mail: john.proskovec@kiewit.com  New Orleans
13119 Old Denton Road  Web Address: www.kiewit.com
Ft. Worth, TX 76177-2403  Phone: (817) 337-7000
 Fax: (817) 337-7001

**Bruce Conrad, Area Manager**  E-mail: bruce.conrad@kiewit.com  New Orleans
13119 Old Denton Road  Web Address: www.kiewit.com
Ft. Worth, TX 76177-2403  Phone: (817) 337-7000
 Fax: (817) 337-7001

**Doug Glaser, South Central District Mgr.**  E-mail: doug.glaser@kiewit.com  New Orleans
13119 Old Denton Road  Web Address: www.kiewit.com
Ft. Worth, TX 76177-2403  Phone: (817) 337-7000
 Fax: (817) 337-7001

**Jeffrey McCord, Business Development Manager**  E-mail: jeffrey.mccord@westernsummit.com  New Orleans
13119 Old Denton Road  Web Address: www.kiewit.com
Ft. Worth, TX 76177-2403  Phone: (817) 337-7000
 Fax: (817) 337-7001

**Kurt McManigal, Sponsor**  E-mail: kurt.mcmanigal@kiewit.com  New Orleans
13119 Old Denton Road  Web Address: www.kiewit.com
Ft. Worth, TX 76177-2403  Phone: (817) 337-7000
 Fax: (817) 337-7001

**Stan Mediate, Sponsor**  E-mail: stan.mediate@kiewit.com  New Orleans
13119 Old Denton Road  Web Address: www.kiewit.com
Ft. Worth, TX 76177-2403  Phone: (817) 337-7000
 Fax: (817) 337-7001

PLAINTIFF'S EXHIBIT C

| | | |
|---|---|---|
| **Jim Poe, Senior Estimator**<br>13119 Old Denton Road<br>Ft. Worth, TX 76177-2403 | E-mail: jim.poe@kiewit.com<br>Web Address: www.kiewit.com<br>Phone: (817) 337-7000<br>Fax: (817) 337-7001 | New Orleans |
| **Gar Rummel, Sponsor**<br>13119 Old Denton Road<br>Ft. Worth, TX 76177-2403 | E-mail: gar.rummel@kiewit.com<br>Web Address: www.kiewit.com<br>Phone: (817) 337-7000<br>Fax: (817) 337-7001 | New Orleans |
| **Walt Schmick, Contracts Administrator**<br>13119 Old Denton Road<br>Ft. Worth, TX 76177-2403 | E-mail: walter.schmick@kiewit.com<br>Web Address: www.kiewit.com<br>Phone: (817) 337-7000<br>Fax: (817) 337-7001 | New Orleans |
| **Tom Thorn, Sponsor**<br>13119 Old Denton Road<br>Ft. Worth, TX 76177-2403 | E-mail: tom.thorn@kiewit.com<br>Web Address: www.kiewit.com<br>Phone: (817) 337-7000<br>Fax: (817) 337-7001 | New Orleans |
| **Jeff Whitehead, Chief Estimator**<br>13119 Old Denton Road<br>Ft. Worth, TX 76177-2403 | E-mail: jeff.whitehead@kiewit.com<br>Web Address: www.kiewit.com<br>Phone: (817) 337-7000<br>Fax: (817) 337-7001 | New Orleans |

Innovation, hard work and integrity. These are the keys to Kiewit's success. Kiewit is one of North America's largest and most respected construction and mining organizations. For over 125 years, we have delivered world-class solutions to projects of every size, in every market. No project is too challenging or unique, too big or small. Our goal for every project is the same — build it safely, on time, on budget and with no surprises.

Kiewit is synonymous with superior quality. We've built our reputation on the principles of broad-based employee ownership, autonomous local offices, dedication to employee training and development, and sound financial practices. Our commitment to these principles is reflected in the success of our projects. We're consistently ranked as one of the top 10 contractors by *Engineering News-Record*.

Kiewit people are defined by a few basic characteristics. They have a willingness to take on challenges and explore new ideas; they have the drive to excel and the determination to perform their best. They carry out work in the safest manner possible, as demonstrated by a safety record that is unmatched in the industry. As employee-owners, Kiewit people have a stake in the success of every project.

Kiewit people are experts. From day one, our employees receive some of the finest training in the industry, coupled with hands–on mentoring. We are as dedicated to the success of the people we hire to build our projects as we are to the people who hire us to build them. Kiewit has one of the highest percentages of graduate and registered engineers in the industry, and our senior operations managers have been with us an average of 25 years.

As a local contractor with extraordinary national resources and support, few companies can match Kiewit's ability to meet a client's needs. Our subsidiaries operate from a network of offices that extends throughout North America. We've completed projects from the Arctic Circle to the Gulf of Mexico. The highway, the tunnel, the dam, the airport, the energy plant and the high–rise—no matter how complex the project, we meticulously plan every detail and double check our double checks. It's a philosophy that has not only allowed us to reach our dreams of success, but to exceed them.



Sign In　　New to Manta?　Join Free　What is Manta?

Search more than 60 million companies:　　Browse Companies　　More Resources
　　　　　　　　　　　　　　　　　　　　U.S.　Worldwide　　Manta Connect　Business Features　Using Manta

U.S. ~ Fort Worth, TX ~ Building & Construction ~ General Contractors-Nonresidential Buildings, Other than Industrial Buildings and Warehouses ~ Building Contractors ~ Kiewit Louisiana Co

Company Profile　　Reports　　Map　　Web Results

# Kiewit Louisiana Co

13119 Old Denton Road
Fort Worth, TX 76177-2403 map

Own this business?
**Edit Company Info**

**Website:** Information not found

**Phone:** (817) 337-7000

**Air Conditioning Service** Commercial HVAC maintenance/repair. Technicians available 24/7.

www.mlncompany.com

Ads by Google
The ads are not affiliated with Kiewit Louisiana Co

### About Kiewit Louisiana Co
Is this your company? Claim This Profile

Kiewit Louisiana Co in Fort Worth, TX is a private company categorized under Building Contractors.

**Company Profile Options**
- Add this company to a list
- Print this page
- Share this page
- 0　0　Like

Manta Members Connected to this Company

Do you work here?
Add this company to your member profile.

Manta Members Who Viewed This Company Profile
**YOU**
Sign In or Register to Join Manta





**Paving Contractor**
Base Work - Asphalt - Concrete New - Repair - Recycle - Seal
www.murpheyasphalt.com

**Construction Jobs**
$10-$55/Hour. Found: 386 Jobs In Your Area. Hiring Now!
www.JobsOnline.net

**Free Service Call**
With Repair 24/7 A/C Repair - 281-259-3367
www.ferrugiamechanical.com

Ads by Google

### Business Categories
Commercial and office building, new construction in Fort Worth, TX
Nonresidential Construction
Commercial and Institutional Building Construction
View newly formed U.S. businesses

### Company Contacts
Is this your company? Claim This Profile

　Keith N Sasich
　President

Search for more contacts

### Kiewit Louisiana Co Business Information

| | |
|---|---|
| **Location Type** | Single Location |
| **Annual Sales (Estimated)** | Information not found |
| **Employees (Estimated)** | 50 |
| **SIC Code** | 1542, General Contractors-Nonresidential Buildings, Other than Industrial Buildings and Warehouses |
| **NAICS Code** | 236220, Commercial and Institutional Building Construction |
| **Products, Services and Brands** | Information not found |

### Related Searches
Other companies that match "kiewit louisiana"
All U.S. Building Contractors

Jobs in Fort Worth, TX

### Other Companies
Reiser Design Build
Building Contractors in Fort Worth, TX

Kellermeyer Building Service
Building Contractors in Fort Worth, TX

Cheldan Homes
Building Contractors in Fort Worth, TX

Lone Star Contractors Inc
Building Contractors in Fort Worth, TX

Charter Builders Ltd
Building Contractors in Fort Worth, TX

Related Categories



| | | People looking for this company were also interested in: | |
|---|---|---|---|
| **State of Incorporation** | Information not found | Warehouse Construction | Store Construction |
| **Years in Business** | 4 | Industrial Plant Construction Services | Shopping Center Construction |
| | | School Building Construction | Commercial Building Construction |
| | | Water Treatment Plant Construction | Aluminum Plant Construction |

Click on the reports tab at the top of the page to research company background, detailed company profile, credit and financial reports for Kiewit Louisiana Co.

Reports often include a complete predictive and historical analysis with payment and financial information; information on the identity, operations, profitability and stability of Kiewit Louisiana Co; Details on the company's history, the business background of its management, special events and recent company news. Download Kiewit Louisiana Co financial and company reports.

*Data above provided by D&B. © Dun and Bradstreet, Inc. All rights Reserved.*

| Business Topics | Browse Companies | Resources | Manta Links |
|---|---|---|---|
| Small Business | U.S. | Videos | About Manta |
| Sales Expertise | Australia | Jobs | Contact Manta |
| Human Resources | Canada | Reports | Media Resources |
| Travel | UK | White Papers | FAQ |
| Franchise | Worldwide | | Advertise With Us |
| Technology | | | Site Map |

Copyright © Manta Media Inc. All rights reserved     Privacy Policy     Note: Our Terms & Conditions have changed 3/3/11     Custom Access

Blog   Twitter   Facebook   News Updates

http://www.manta.com/c/mm740s/kiewit-louisi...