

## CONTACT US



### WE WANT TO HEAR FROM YOU

Please feel free to contact Massman Construction Co. should you have any questions or comments regarding the company or the website. Let us know about yourself, your business needs or your interest in pursuing a career in this nationally recognized heavy, civil and marine contractor. We will promptly answer your questions and address your comments.

**Kansas City Headquarters**
8901 State Line, P.O. Box 8458
Kansas City, MO 64114
  816.523.1000 office
  816.333.2109 fax

**St. Louis Regional Office**
12412 Rott Road
St. Louis, MO 63127
  314.821.0042 office
  314.821.0760 fax

### FORM

* Name
Title
Company
Street

City
State
Zip
* Office Phone
Cell Phone
* E-mail

* Required Fields

COMMENTS

Submit

Copyright 2007, Massman Construction Co., Kansas City, MO. All Rights Reserved.



PLAINTIFF'S EXHIBIT D

# TEXAS SECRETARY of STATE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 1020406 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | March 12, 1940 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 14403413603 | **FEIN:** | |
| **Name:** | MASSMAN CONSTRUCTION CO. | | |
| **Address:** | PO BOX 8458 KANSAS CITY, MO 64114-0458 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | MO, USA | | |
| **Foreign Formation Date:** | N/A | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| National Registered Agents, Inc. | 16055 Space Center, Suite 235 Houston, TX 77062 USA | |

[ Order ]  [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.