| HOME | ABOUT US | SERVICES | PROJECTS | CAREERS | CONTACT US |
| --- | --- | --- | --- | --- | --- |
| WELCOME | WHO WE ARE | WHAT WE DO | THINGS WE BUILD | WORK FOR US | GET IN TOUCH |

Contact Us



Our People, Our Knowledge, Our Experience — TRAYLOR

## Contact Us

**Corporate Office & Departments**

**Headquarters/Corporate Offices**
835 N. Congress Avenue
Evansville, Indiana 47715
P. O. Box 5165
Evansville, Indiana 47716-5165
Tel (812) 477-1542
Fax (812) 474-3223
E-mail: tbiadmin@traylor.com

**Business Development Department**
Tel (812) 477-1542
Fax (812) 474-3223
E-mail: kblair@traylor.com

**Equipment Department**
Tel (812) 477-1542
Fax (812) 474-6563
E-mail: tbiequip@traylor.com

**Human Resource Department**
Tel (812) 477-1542
Fax (812) 474-3223
E-mail: tbihr@traylor.com

**Ethical Advocate**
Tel (866) 895-1491
Website: https://traylor.ethicaladvocate.com
(For anonymous reporting of incidents)

**Divisional Offices**

**Heavy Civil Division**
835 N. Congress Avenue
Evansville, IN 47715
P O Box 5165
Evansville, Indiana 47716-5165
Tel (812) 477-1542
Fax (812) 474-3251
E-mail: tbicivil@traylor.com

**Traylor Pacific Division**
3050 E. Airport Way
Long Beach, CA 90806
Tel (562) 264-2500
Fax (562) 264-2525
E-mail: pacific@traylor.com

**Underground Division**
3050 E. Airport Way
Long Beach, CA 90806
Tel (562) 264-2500
Fax (562) 264-2525
E-mail: underground@traylor.com

**Traylor Mining, LLC**
405 Urban Street, Suite 210
Lakewood, CO 80228
Tel (303) 988-8821
Fax (303) 988-8861
E-mail: mining@traylor.com

### Traylor News

**ENR Ranks Traylor Bros. 90th**

Traylor ranked 90th in the Top 400 Contractors according to the May 16, 2011 issue of Engineering News-Record. In addition, Traylor was ranked 24th in the Top 50 Domestic Heavy Contractors.

**Missouri Safe and Sound Project**

**Evansville Business June/July 2009**

---

### Quick Links
- Home
- About Us
- Career Opportunities
- Safety
- Contact Us

### Strategic Plan
- Our Mission & Goals
- Our Values
- Ethics & Conduct
- Community
- Partnering

### Traylor Bros., Inc.
835 N. Congress Avenue
Evansville, Indiana 47715
Tel (812) 477-1542
Fax (812) 474-3223
E-mail: tbiadmin@traylor.com

### Login
Welcome
Username

Remember Me



PLAINTIFF'S EXHIBIT E

# TEXAS SECRETARY of STATE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 7085206 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | November 24, 1986 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 13507991548 | **FEIN:** | |

**Name:** TRAYLOR BROS., INC.
**Address:** PO BOX 5165
EVANSVILLE, IN 47716 USA
**Fictitious Name:** N/A
**Jurisdiction:** IN, USA
**Foreign Formation Date:** N/A

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES

| Name | Address | Inactive Date |
|---|---|---|
| National Registered Agents, Inc. | 16055 Space Center, Suite 235<br>Houston, TX 77062 USA | |

[ Order ]   [ Return to Search ]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.