# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GUADALUPE ARENAS VARGAS, Individually and As Representative of the Estate of MARTIN ANASTACIO REYES OSUNA, Deceased, and As Next Friend of ZAID MARTIN REYES ARENAS; JUANA SYLVIA OZUNA GARCIA; and MARTIN REYES ADAME | * * * * * * * * |
| V. | * * |
| KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., and TRAYLOR BROS., INC., a Joint Venture d/b/a KIEWIT MASSMAN TRAYLOR CONSTRUCTORS; KIEWIT LOUISIANA CO.; MASSMAN CONSTRUCITON CO.; TRAYLOR BROS., INC; KIEWIT ENGINEERING CO., and MODJESKI AND MASTERS, INC. | * * * * * * * * * |

C.A. NO. 4:09-CV-02521

## DEFENDANT'S 12(b)(6) MOTION TO DISMISS

Defendant, Modjeski and Masters, Inc. ("Modjeski") hereby files this Motion to Dismiss all claims asserted against it on the grounds that Plaintiffs have failed to state a claim upon which relief can be granted. Plaintiff has not filed a Certificate of Merit as required by Section 150.002 of the Civil Practice and Remedies Code. As more fully described in the attached Memorandum in Support, Modjeski respectfully avers that Plaintiff's failure to timely file the Certificate of Merit mandates dismissal of the claims against it.

**WHEREFORE**, Modjeski and Masters, Inc., prays that there be judgment herein, dismissing the Petition and Amended Complaints as to Modjeski & Masters, Inc., with prejudice, at Plaintiffs' cost, and for all general and equitable relief that the Court may deem appropriate.

Respectfully submitted,

By: /s/ Forrest J. Wynn
Forrest J. Wynn
TBN 24037750
Federal ID #: 34067
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: 713.623.0887
Facsimile: 713.960.1527
**ATTORNEY FOR DEFENDANT
MODJESKI AND MASTERS, INC.**

**OF COUNSEL:**

DEUTSCH, KERRIGAN & STILES, LLP.
Francis J. Barry, Jr.
Federal ID and La Bar No. 02830
Terrence L. Brennan
Federal ID & La Bar No. 03434
Scott J. Hedlund
Federal ID & La Bar No. 30549
755 Magazine St.
New Orleans, LA 70130
Telephone: 504.581.5141
Facsimile: 504. 566.1201

BEIRNE, MAYNARD & PARSONS, L.L.P.
James E. Rogers
Texas Bar No. 24051265
Federal ID No. 614580
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056-3000
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to the following attorneys of record that have made an appearance in this matter by CM-ECF, facsimile or certified mail, return receipt requested on this 8th day of August, 2011.

/s/ Forrest J. Wynn
Forrest J. Wynn
