UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUADALUPE ARENAS VARGAS, Individually and As Representative of the Estate of MARTIN ANASTACIO REYES OSUNA, Deceased, and As Next Friend of ZAID MARTIN REYES ARENAS; JUANA SYLVIA OZUNA GARCIA; and MARTIN REYES ADAME<br><br>V.<br><br>KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., and TRAYLOR BROS., INC., a Joint Venture d/b/a KIEWIT MASSMAN TRAYLOR CONSTRUCTORS; KIEWIT LOUISIANA CO.; MASSMAN CONSTRUCITON CO.; TRAYLOR BROS., INC; KIEWIT ENGINEERING CO., and MODJESKI AND MASTERS, INC. | C.A. NO. 4:09-CV-02521 |

## **ORDER**

On this day, the Court considered Defendant Defendant, Modjeski and Masters, Inc. ("Modjeski") Motion to Dismiss Plaintiffs' Complaint. The Court after considering the Motion and any responses filed, is of the opinion that same should be in all things GRANTED; it is, therefore

**ORDERED** that Plaintiffs' claims against Modjeski are dismissed with prejudice.

SIGNED this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE