UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUADALUPE ARENAS VARGAS, et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. H-09-2521 |
| KIEWIT LOUISIANA CO., et al., | § § § | |
| Defendants. | § | |

## ORDER

The Court issues this clarification in response to an inquiry from Plaintiffs about the Memorandum and Order issued on August 11, 2011 (Doc. No. 71). As Defendant Kiewit Engineering Co. did not join in the Motion for Summary Judgment (Doc. No. 55), the claims against it were not intended to be, and were not, dismissed in the Memorandum and Order.

**IT IS SO ORDERED.**

SIGNED this 16th day of August, 2011.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1