UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUADALUPE ARENAS VARGAS, Individually and As Representative of the Estate of MARTIN ANASTACIO REYES OSUNA, Deceased, and As Next Friend of ZAID MARTIN REYES ARENAS; JUANA SYLVIA OZUNA GARCIA; and MARTIN REYES ADAME § § § § § § § § V. § § KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., and TRAYLOR BROS., INC., a Joint Venture d/b/a KIEWIT MASSMAN TRAYLOR CONSTRUCTORS; KIEWIT LOUISIANA CO.; MASSMAN CONSTRUCTION CO.; TRAYLOR BROS., INC; KIEWIT ENGINEERING CO., and MODJESKI AND MASTERS, INC. § § § § § § § § § § | C.A. NO. 4:09-CV-02521 JURY TRIAL DEMANDED |

## ORDER

Pending before the Court is Defendant Modjeski & Masters, Inc. Motion to Dismiss under Rule 12(b)(6) (Doc #63) and Plaintiffs' response (Doc #__). The Court, after having carefully considered the motion, response, the pleadings, and applicable law, is of the opinion that Defendant's motion should be DENIED. Accordingly, it is therefore,

**ORDERED** that Defendant's motion to dismiss **DENIED.**

It is so **ORDERED.**

SIGNED at Houston, Texas this _____ day of _____, 2011.

_____
Keith P. Ellison
United States District Judge