```
 1        CIVIL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
 2                          STATE OF LOUISIANA
 3   NO. C582129                                    DIVISION "D"
 4                        MARIA CRUZ MALDONADO
     Individually and as representative of the ESTATE OF ULVALDO SOTO MARTINEZ,
 5   DECEASED, and as Next Friend and Natural Guardian of JUSTIN SOTO-MALDONADO
                   AND USVALDO JESUS SOTO-MALDONADO,
 6              MINORS, AND GILBERTO SOTO MARTINEZ
 7                              VERSUS
 8      KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., TRAYLOR BROS.,
        INC., A JOINT VENTURE D/B/A KIEWIT MASSMAN TRAYLOR CONSTRUCTORS
 9        A/K/A KMTC JV, GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE
        PARTNERSHIP, PB AMERICAS, INC. F/K/A/ PARSONS, BRINCKERHOFF, QUADE
10        & DOUGLAS, INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A
         JOINT VENTURE PARTNERSHIP, LPA GROUP INCORPORATED AS PARTNER OF
11        GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP, G.E.C.
         INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE
12          PARTNERSHIP, ZURICH AMERICAN INSURANCE COMPANY, THE STATE OF
             LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND
13              DEVELOPMENT AND JL STEEL REINFORCING, LLC.
14
15                     UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
16                           HOUSTON DIVISION
17
     GUADALUPE ARENAS VARGAS,                  )
18   Individually and As Representative of the )
     Estate of MARTIN ANASTACIO REYES          )
19   OSUNA, Deceased, and As Next Friend of    )
     ZAID MARTIN REYES ARENAS; JUANA           )
20   SYLVIA OZUNA GARCIA; and MARTIN           )
     REYES ADAME                               )   C.A. NO. 4:09-CV-02521
21                                             )
     V.                                        )
22                                             )
     KIEWIT LOUISIANA CO., MASSMAN             )
23   CONSTRUCTION CO., and TRAYLOR             )
     BROS., INC., a Joint Venture d/b/a KIEWIT )   JURY TRIAL DEMANDED
24   MASSMAN TRAYLOR CONSTRUCTORS;             )
     KIEWIT LOUISIANA CO.; MASSMAN             )
25   CONSTRUCTION CO.; and TRAYLOR             )
```

```
 1                *******************************************

                     ORAL AND VIDEOTAPED DEPOSITION OF
 2

                           CESAR VELADOR MOJICA
 3                            VOLUME 1 OF 2
 4                          FEBRUARY 17, 2011

                  *******************************************
 5        ORAL AND VIDEOTAPED DEPOSITION OF CESAR VELADOR
 6   MOJICA, VOLUME 1 OF 2, produced as a witness at the
 7   instance of the Plaintiffs, and duly sworn, was taken
 8   in the above-styled and numbered cause on the 17th day
 9   of February, 2011, from 8:47 a.m. to 6:00 p.m., before
10   Mary Burkes, CSR in and for the State of Texas,
11   reported by machine shorthand, at the law firm of
12   Deutsch, Kerrigan & Stiles, 755 Magazine Street, 2nd
13   Floor Conference Room, pursuant to Notice, and the
14   Louisiana Rules of Civil Procedure and the provisions
15   stated on the record or attached hereto.
16
17
18
19
20
21
22
23
24
25
```

```
 1    answer a question.  You may say, "Mr. Lyon," or
 2    "Mr. Hoefer," or "Ms. Groves, I saw a document before
 3    I'd like to look at again before I answer your
 4    question."
 5              If you need to do that, simply tell us and
 6    you'll get all the time that you need.  Will you do
 7    that?
 8         A.   Yes.
 9         Q.   Okay.  Now, with that being said, would you
10    tell me where you currently live?
11         A.   I live here in Louisiana.
12         Q.   And what's the physical address here in
13    Louisiana?
14         A.   910 Pontchartrain Road, Suite T, Jefferson,
15    L.A., 70121.
16         Q.   Now, is that an apartment, or is that a house,
17    or what is that?
18         A.   The address that I just gave is my -- where I
19    work.
20         Q.   Okay.  And where do you -- where do you live?
21         A.   Where do I live?
22         Q.   Yes.
23         A.   Here in New Orleans.
24         Q.   And the physical address?
25         A.   5229 Citrus Boulevard, Apartment X 173, River
```

```
1    THE STATE OF TEXAS    )
2    COUNTY OF HARRIS      )
3              I, Mary Abbott Burkes, Certified Shorthand
4    Reporter, duly commissioned and qualified in and for
5    the State of Texas, do hereby certify that there came
6    before me on February 17th, 2011, at Deutsch, Kerrigan
7    & Stiles, L.L.P., 755 Magazine Street, New Orleans,
8    Louisiana 70130, the following named person; to wit,
9    CESAR VELADOR MOJICA, who was by me duly cautioned and
10   sworn to testify to the truth and nothing but the truth
11   of his knowledge touching and concerning the matters in
12   this cause; and that said witness was thereupon
13   carefully examined upon his oath and his examination
14   reduced to writing under my supervision; that it is a
15   true record of the testimony given by the said witness,
16   that said witness requested review and signature of the
17   deposition; that changes, if any, made by the witness
18   were returned and are contained on the Correction Page
19   attached to the original transcript.
20             I further certify that I am neither attorney
21   for nor counsel for, nor related to nor employed by any
22   of the parties in the action in which this statement is
23   taken, and further that I am not a relative or employee
24   of any attorney or counsel employed by the parties
25   hereto, nor financially interested in this action.
```

```
 1          IN WITNESS WHEREOF, I have hereunto affixed my
 2     hand and seal of office on this, the _____ day
 3     of _____ 2011.
 4
 5                              _____
                                Mary Abbott Burkes,
 6                              Certified Shorthand Reporter
                                In and for the State of Texas
 7                              Certification No. 5199
 8
 9
10     Worldwide Court Reporters
       Firm Registration No. 223
11     3000 Weslayan, Suite 235
       Houston, Texas 77027
12     (713) 572-2000
13
14
15
16
17
18
19
20
21
22
23
24
25
```