```
 1          CIVIL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE
 2                           STATE OF LOUISIANA
 3     NO. C582129                                    DIVISION "D"
 4                         MARIA CRUZ MALDONADO
       Individually and as representative of the ESTATE OF ULVALDO SOTO MARTINEZ,
       DECEASED, and as Next Friend and Natural Guardian of JUSTIN SOTO-MALDONADO
 5                    AND USVALDO JESUS SOTO-MALDONADO,
 6                 MINORS, AND GILBERTO SOTO MARTINEZ
 7                              VERSUS
 8       KIEWIT LOUISIANA CO., MASSMAN CONSTRUCTION CO., TRAYLOR BROS.,
         INC., A JOINT VENTURE D/B/A KIEWIT MASSMAN TRAYLOR CONSTRUCTORS
 9       A/K/A KMTC JV, GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE
         PARTNERSHIP, PB AMERICAS, INC. F/K/A/ PARSONS, BRINCKERHOFF, QUADE
10       & DOUGLAS, INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A
         JOINT VENTURE PARTNERSHIP, LPA GROUP INCORPORATED AS PARTNER OF
11       GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP, G.E.C.
         INC. AS PARTNER OF GEC LOUISIANA TIMED MANAGERS, A JOINT VENTURE
12       PARTNERSHIP, ZURICH AMERICAN INSURANCE COMPANY, THE STATE OF
         LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND
13              DEVELOPMENT AND JL STEEL REINFORCING, LLC.
14
15                    UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF TEXAS
16                          HOUSTON DIVISION
17
     GUADALUPE ARENAS VARGAS,                    )
18   Individually and As Representative of the   )
     Estate of MARTIN ANASTACIO REYES            )
19   OSUNA, Deceased, and As Next Friend of      )
     ZAID MARTIN REYES ARENAS; JUANA             )
20   SYLVIA OZUNA GARCIA; and MARTIN             )
     REYES ADAME                                 )   C.A. NO. 4:09-CV-02521
21                                               )
     V.                                          )
22                                               )
     KIEWIT LOUISIANA CO., MASSMAN               )
23   CONSTRUCTION CO., and TRAYLOR               )
     BROS., INC., a Joint Venture d/b/a KIEWIT   )   JURY TRIAL DEMANDED
24   MASSMAN TRAYLOR CONSTRUCTORS;               )
     KIEWIT LOUISIANA CO.; MASSMAN               )
25   CONSTRUCTION CO.; and TRAYLOR               )
```

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

```
 1                  ******************************************
                         ORAL AND VIDEOTAPED DEPOSITION OF
 2

                           MICHAEL CHARLES LAPOINTE
 3

                              FEBRUARY 14, 2011
 4                  ******************************************
 5      ORAL AND VIDEOTAPED DEPOSITION OF MICHAEL CHARLES
 6   LAPOINTE, produced as a witness at the instance of the
 7   Plaintiffs, and duly sworn, was taken in the
 8   above-styled and numbered cause on the 14th day of
 9   February, 2011, from 9:22 a.m. to 6:59 p.m., before
10   Mary Burkes, CSR in and for the State of Texas,
11   reported by machine shorthand, at the law firm of
12   Deutsch, Kerrigan & Stiles, 755 Magazine Street, Fifth
13   Floor Conference Room, pursuant to Notice, and the
14   Louisiana Rules of Civil Procedure and the provisions
15   stated on the record or attached hereto.
16
17
18
19
20
21
22
23
24
25
```

```
 1    any of your employees express any concerns or
 2    reservations relative to the means by -- and procedures
 3    associated with the fabrication and installation and
 4    lifting of rebar cages?
 5         A.   No.
 6         Q.   Okay.  Now, as part of the obligations of
 7    JL Steel pursuant to the subcontract and primary
 8    contract, were you required to maintain all of your
 9    work areas and jobsites clean and tidy and things of
10    that nature?
11         A.   Yes.
12         Q.   Okay.  And that included all the extra ties
13    and tie wires and things like that?
14         A.   Yes.
15         Q.   Have you ever been formally reprimanded by
16    KMTC for failure to maintain a clean jobsite or
17    fabrication site?
18         A.   I believe there was a letter early on which
19    constituted a formal reprimand, for one area.
20         Q.   Now, when you were originally awarded the
21    subcontract, how long were you -- did you expect
22    JL Steel to be able to perform work on this project?
23         A.   Five years.
24         Q.   And how long have you been working on the
25    project so far?
```

1   A.   Two and a half years, almost -- it will be
2   three years June.  July.
3   Q.   And so you've got another two years on the
4   project, at least?
5   A.   Yes.
6   Q.   Okay.  Were the -- were your guys who you
7   brought onto this project aware of the fact that when
8   they started, that they could be here in Louisiana for
9   up to five years?
10  A.   Yes.
11  Q.   Okay.  Now, since JL Steel has been working on
12  this project, has Kiewit executed any subcontract
13  agreements with JL Steel for rebar construction
14  services on other projects here in Louisiana?
15  A.   Yes.
16  Q.   And what is that?
17  A.   The west closure project.  That's actually a
18  joint -- a different joint venture partner of Kiewit
19  and Traylor, Gulf Intercoastal, GIC Constructors.
20  Q.   And what type of work does JL Steel perform on
21  that project?
22  A.   Rebar placement.  The actual project is a pump
23  station in a sector gate.
24  Q.   And so is it fair to say that this -- the work
25  that is being performed on that project is nearly

```
1     THE STATE OF TEXAS      )

2     COUNTY OF HARRIS        )

3             I, Mary Abbott Burkes, Certified Shorthand

4     Reporter, duly commissioned and qualified in and for

5     the State of Texas, do hereby certify that there came

6     before me on February 14th, 2011, at Deutsch, Kerrigan

7     & Stiles, L.L.P., 755 Magazine Street, New Orleans,

8     Louisiana 70130, the following named person; to wit,

9     MICHAEL CHARLES LAPOINTE, who was by me duly cautioned

10    and sworn to testify to the truth and nothing but the

11    truth of his knowledge touching and concerning the

12    matters in this cause; and that said witness was

13    thereupon carefully examined upon his oath and his

14    examination reduced to writing under my supervision;

15    that it is a true record of the testimony given by the

16    said witness, that said witness requested review and

17    signature of the deposition; that changes, if any, made

18    by the witness were returned and are contained on the

19    Correction Page attached to the original transcript.

20            I further certify that I am neither attorney

21    for nor counsel for, nor related to nor employed by any

22    of the parties in the action in which this statement is

23    taken, and further that I am not a relative or employee

24    of any attorney or counsel employed by the parties

25    hereto, nor financially interested in this action.
```

```
 1          IN WITNESS WHEREOF, I have hereunto affixed my
 2    hand and seal of office on this, the _____ day
 3    of _____ 2011.
 4
 5                        _____
                          Mary Abbott Burkes,
 6                        Certified Shorthand Reporter
                          In and for the State of Texas
 7                        Certification No. 5199
 8
 9
10    Worldwide Court Reporters
      Firm Registration No. 223
11    3000 Weslayan, Suite 235
      Houston, Texas 77027
12    (713) 572-2000
13
14
15
16
17
18
19
20
21
22
23
24
25
```