```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION
 3
     GUADALUPE ARENAS VARGAS,)
 4   Individually and As     )
     Representative of the   )
 5   Estate of MARTIN        )
     ANASTACIO REYES OSUNA,  )
 6   Deceased, and As Next   )
     Friend of ZAID MARTIN   )
 7   REYES ARENAS; JUANA     )
     SYLVIA OZUNA GARCIA; and)    C.A. NO.
 8   MARTIN REYES ADAME      )    4:09-CV-02521
                             )
 9                           )
                             )
     VERSUS                  )
10                           )
     KIEWIT LOUISIANA CO.,   )
11   MASSMAN CONSTRUCTION    )
     CO., and TRAYLOR BROS., )
12   INC., a Joint Venture   )
     d/b/a KIEWIT MASSMAN    )
13   TRAYLOR CONSTRUCTORS;   )
     KIEWIT LOUISIANA CO.;   )
14   MASSMAN CONSTRUCTION,   )
     CO.; TRAYLOR BROS.,     )
15   INC.; KIEWIT ENGINEERING)
     CO., and MODJESKI AND   )
16   MASTERS, INC.           )
17
18             CIVIL DISTRICT COURT
         FOR THE PARISH OF EAST BATON ROUGE
19               STATE OF LOUISIANA
20   NO.  C582129              DIVISION "D"
21    MARIA CRUZ MALDONADO, Individually and as
     representative of the ESTATE OF ULVALDO SOTO
22    MARTINEZ, DECEASED, and as Next Friend and
     Natural Guardian of JUSTIN SOTO-MALDONADO AND
23     ULVADO JESUS SOTO-MALDONADO, MINORS, AND
                GILBERTO SOTO MARTINEZ
24
                        VERSUS
25
```

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

```
 1      CO., TRAYLOR BROS., INC., A JOINT VENTURE
        D/B/A KIEWIT MASSMAN TRAYLOR CONSTRUCTORS
 2    A/K/A KMTC JV, GEC LOUISIANA TIMED MANAGERS,
        A JOINT VENTURE PARTNERSHIP, PB AMERICAS,
 3     INC., F/K/A PARSONS, BRINCKERHOFF, QUADE &
       DOUGLAS, INC., AS PARTNER OF GEC LOUISIANA
 4    TIMED MANAGERS, A JOINT VENTURE PARTNERSHIP,
         LPA GROUP INCORPORATED AS PARTNER OF GEC
 5        LOUISIANA TIMED MANAGERS, A JOINT VENTURE
       PARTNERSHIP, G.E.C., INC., AS PARTNER OF GEC
 6      LOUISIANA TIMED MANAGERS A JOINT VENTURE
         PARTNERSHIP, ZURICH AMERICAN INSURANCE
 7     COMPANY, THE STATE OF LOUISIANA THROUGH THE
       DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT
 8           AND J.L. STEEL REINFORCING, L.L.C.
 9
10
11
12
13
14
15
16
17
18
19
20
                  Videotaped and oral deposition
21     of DAVID SINSHEIMER, produced as a witness at
       the instance of the Plaintiffs and duly
22     sworn, was taken in the above-styled and
       numbered cause on the 18th day of August,
23     2011, before Tutti Bui, CSR in and for the
       State of Louisiana, by machine shorthand, at
24     the Intercontinental Hotel, Cabildo Room, 444
       St. Charles Avenue, New Orleans, Louisiana,
25     70131.
```

1    Q.    Did all the professional
2 engineers at KECO have access to the FEA
3 program and know how to use it?
4    A.    They should have.
5    Q.    Assuming that the jury agrees
6 with Mr. Shahawy's opinion that doing the FEA
7 analysis resulted in the conclusion that this
8 cage was doomed to collapse, can you explain
9 to the jury why you made a decision not to do
10 an -- an FEA simply because you said it was a
11 complex computer model?
12    MR. CLAYTON:
13        Object to the form.
14    A.    That -- that was not within our
15 scope.
16    Q.    Ah.  Who defined the scope?
17    A.    I was asked by the project
18 personnel to come up with a guying plan.  I
19 interpreted that as a plan to resist wind
20 forces.
21    Q.    And who precisely was it that
22 limited the scope of what you were required
23 to do?
24    A.    Mr. Michalowski asked me to
25 prepare and deliver a guying plan.

```
 1              REPORTER'S CERTIFICATE
 2              I, THU BUI, CCR, RPR, Certified
 3   Court Reporter, State of Louisiana, State of
 4   Texas, do hereby certify that the
 5   above-mentioned witness, after having been
 6   first duly sworn by me to testify to the
 7   truth, did testify as hereinabove set forth;
 8              That the testimony was reported
 9   by me in shorthand and transcribed under my
10   personal direction and supervision, and is a
11   true and correct transcript, to the best of
12   my ability and understanding;
13              That I am not of counsel, not
14   related to counsel or the parties hereto, and
15   not in any way interested in the outcome of
16   this matter.
17
18
19
                     THU BUI, CCR, RPR
20                   Certified Court Reporter
                     State of Louisiana
21                   State of Texas
22
23
24
25
```