**Jobs Done Well**

Kiewit Engineering Co. is the in-house "engineering company" of Kiewit. KECo provides four separate services — Estimating, Design, Geotechnical, and Construction. In addition to our engineering and technical services, KECo's key specialties cover all the bases, including engineering and contract review, technical support, personnel training, design considerations, change orders, scheduling, job cost projections, and constructability and method analysis.

KECo serves Kiewit districts, joint venture partners, and engineers by supporting management and supervision at all levels. From the home office or on the job site, our integrated services support Kiewit pre-bid, post-bid and through project completion.



I-25 T-Rex Project

| **Omaha** | **Vancouver** |
|---|---|
| Kiewit Engineering Co. | Kiewit Engineering Co. |
| Kiewit Plaza | 217 SE 136 Avenue |
| Omaha, NE 68131 | Suite 105 |
| (402) 342-2052 | Vancouver, WA 98684 |
| (402) 271-2996 fax | (360) 885-1584 |
|  | (360) 885-4928 fax |

© 2002-11 Kiewit Corporation, **an Equal Opportunity Employer** • Use of this website signifies your agreement to the **Terms and Conditions of Use**.

EXHIBIT G