# Nebraska Secretary of State

**- John A. Gale**

## Business Services

Home » Corporation and Business Entity Searches

Fri Nov  4 12:07:28 2011

For Letters of Good Standing ($6.50), Certificates of Good Standing ($10.00), and/or images ($0.45 per page) of documents filed with the Secretary of State please click the corresponding service below:



Back to Search Results

**Pay Services:**
Online Images of Filed Documents | Good Standing Documents

| Entity Name | SOS Account Number |
|---|---|
| KIEWIT ENGINEERING CO. | 0626457 |

| Principal Office Address | Registered Agent and Office Address |
|---|---|
| KIEWIT PLAZA<br>OMAHA, NE 68131 | C T CORPORATION SYSTEM<br>1024 K STREET<br>LINCOLN, NE 68508 |

| Nature of Business | Entity Type | Date Filed | Account Status |
|---|---|---|---|
| ENGINEERING SERVICES | Foreign Corp<br>Qualifying State: DE | Apr 05 1982 | Active |

| Corporation Position | Name | Address |
|---|---|---|
| **President** | GARY A PIETROK | 400 KIEWIT PLAZA<br>OMAHA, NE 68131 |
| **Secretary** | MICHAEL F NORTON | KIEWIT PLAZA<br>OMAHA, NE 68131 |
| **Treasurer** | STEPHEN S THOMAS | KIEWIT PLAZA<br>OMAHA, NE 68131 |
| **Director** | BRUCE E GREWCOCK | KIEWIT PLAZA<br>OMAHA, NE 68131 |

**Pay Services:**
**To add an item to your shopping cart, please check the check box and click "Add Items to Cart" button at the bottom of the page.**

**EXHIBIT I**