

## We're wherever you need us to be

Modjeski and Masters has offices in multiple locations throughout the U.S. We're a part of the communities we serve, but with a global outreach. Our reputation for responding to the needs of our clients — from planned strategies to emergency situations — has established Modjeski and Masters as one of the world's premier bridge engineering firms. To begin your great bridge experience, contact a representative in the office most convenient to you.



Corporate Headquarters

100 Sterling Parkway, Suite 302
Mechanicsburg, PA 17050
Phone: (717) 790-9565
Toll-Free: (888) 663-5375

EXHIBIT J

Mechanicsburg@modjeski.com
View Map

### Located Outside the United States?

Modjeski and Masters takes on projects of all sizes in other countries.
Call (717) 790-9565 for more information.

**Regional Offices**

### Illinois

4 Sunset Hills Profssnal Center
Edwardsville, IL 62025-3760
(618) 659-9102
Edwardsville@modjeski.com
View Map

### Louisiana

1055 St. Charles Avenue, Suite 400
New Orleans, LA 70130
Phone: (504) 524-4344
NewOrleans@modjeski.com
View Map

### Missouri

1800 Chouteau Avenue
St. Louis, MO 63103
Phone: (314) 588-8115
StLouis@modjeski.com
View Map

### New Jersey

155 East Third Street
P.O. Box 737
Moorestown, NJ 08057
Phone: (856) 608-7400

Moorestown@modjeski.com

View Map

### New York

301 Manchester Road, Suite 102

Poughkeepsie, NY 12603

Phone: (845) 471-2630

Poughkeepsie@modjeski.com

View Map

### Pennsylvania

1341 North Delaware Avenue, Suite 308

Penn Treaty Park Place Building

Philadelphia, PA 19125

Phone: (215) 609-1990

Philadelphia@modjeski.com

View Map

### West Virginia

4510 Pennsylvania Avenue, Suite E

Charleston, WV 25302

Phone: (304) 965-1870

Charleston@modjeski.com

View Map

© 2011 Modjeski and Masters | Privacy Policy                Connect with us at www.modjeski.com

100 Sterling Parkway, Suite 302
Mechanicsburg, PA 17050
(717) 790-9565