# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

**FIND ENTITY NAME SEARCH**

This search was performed on with the following search parameter:
**ENTITY NAME :** Modjeski and Masters, Inc.

**There are no records which match your inquiry.**

[ Return to Order ]  [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

EXHIBIT K

| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State<br> | **COMMERCIAL DIVISION**<br>**225.925.4704**<br><br>Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |
|---|---|---|

| Name | Type | City | Status |
|---|---|---|---|
| MODJESKI AND MASTERS, INC. | Business Corporation (Non-Louisiana) | MECHANICSBURG | Active |

**Business:** MODJESKI AND MASTERS, INC.
**Charter Number:** 34396692 F
**Registration Date:** 12/27/1991
**State Of Origin:**
**Domicile Address**
    100 STERLING PARKWAY, SUITE 302
    MECHANICSBURG, PA 17050-2903
**Mailing Address**
    C/O DONALD F. SORGENFREI
    100 STERLING PARKWAY, SUITE 302
    MECHANICSBURG, PA 17050-2903
**Principal Business Office**
    100 STERLING PARKWAY, SUITE 302
    MECHANICSBURG, PA 17050-2903
**Registered Office in Louisiana**
    1055 ST. CHARLES AVENUE
    NEW ORLEANS, LA 70130
**Principal Business Establishment in Louisiana**
    1055 ST. CHARLES AVENUE
    NEW ORLEANS, LA 70130

## Status

| Status: | Active |
|---|---|
| Annual Report Status: | In Good Standing |
| Qualified: | 12/27/1991 |
| Last Report Filed: | 1/21/2011 |
| Type: | Business Corporation (Non-Louisiana) |

## Registered Agent(s)

| Agent: | DONALD F. SORGENFREI |
|---|---|
| Address 1: | 1055 ST. CHARLES AVENUE |
| City, State, Zip: | NEW ORLEANS, LA 70130 |
| Appointment Date: | 1/7/2008 |

## Officer(s)                                              Additional Officers: No

| Officer: | DONALD F. SORGENFRI |
|---|---|
| Title: | Vice-President, Director |
| Address 1: | 1055 ST. CHARLES AVE. |

| | |
|---|---|
| City, State, Zip: | NEW ORLEANS, LA 70130 |
| Officer: | LEON K. HUANG |
| Title: | Secretary, Director, Vice-President |
| Address 1: | 100 STERLING PARKWAY, SUITE 302 |
| City, State, Zip: | MECHANICSBURG, PA 17050-2903 |
| Officer: | BARNEY T. MARTIN |
| Title: | Director, President |
| Address 1: | 301 MANCHESTER ROAD, SUITE 102 |
| City, State, Zip: | POUGHKEEPSIE, NY 12603 |

## Amendments on File (2)

| Description | Date |
|---|---|
| Disclosure of Ownership | 10/16/1995 |
| Disclosure of Ownership | 2/6/1998 |

[Print]