

ESTADOS UNIDOS MEXICANOS
REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA
Y COMO OFICIAL 01 DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. 4 TOMO No. 1
DEL ARCHIVO DE ESTA OFICIALIA EN LA HOJA No. 143 SE ENCUENTRA ASENTADA EL ACTA No. 00143
DE FECHA 24/NOVIEMBRE/2000 LEVANTADA POR EL
C. OFICIAL 1 DEL REGISTRO CIVIL CON RESIDENCIA EN SAN BUENAVENTURA
MUNICIPIO DE SAN BUENAVENTURA, COAHUILA EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

ACTA DE MATRIMONIO

CONTRAYENTES

NOMBRE DEL CONTRAYENTE MARTIN ANASTACIO REYES OSUNA
LUGAR DE NACIMIENTO MONCLOVA  MONCLOVA  COAHUILA
EDAD 17 NACIONALIDAD MEXICANA

NOMBRE DE LA CONTRAYENTE GUADALUPE ARENAS VARGAS
LUGAR DE NACIMIENTO SAN BUENAVENTURA  SAN BUENAVENTURA  COAHUILA
EDAD 15 NACIONALIDAD MEXICANA

ESTE CONTRATO DE MATRIMONIO SEGUN LA VOLUNTAD EXPRESADA POR LOS CONTRAYENTES ESTA SUJETO AL REGIMEN DE SOCIEDAD CONYUGAL

PADRES DEL CONTRAYENTE
NOMBRE DEL PADRE MARTIN REYES ADAME  NACIONALIDAD MEXICANA
NOMBRE DE LA MADRE JUANA SILVIA OSUNA GARCIA  NACIONALIDAD MEXICANA

PADRES DE LA CONTRAYENTE
NOMBRE DEL PADRE ——  NACIONALIDAD ——
NOMBRE DE LA MADRE EDELMIRA ARENAS VARGAS  NACIONALIDAD MEXICANA

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN LOS ARTICULOS 156 DEL CODIGO CIVIL VIGENTE EN EL ESTADO Y 3°, 4°, 5° Y DEMAS RELATIVOS DE LA LEY REGLAMENTARIA DEL REGISTRO CIVIL PARA EL ESTADO DE COAHUILA EN SAN BUENAVENTURA
A LOS 25 DIAS DEL MES DE ABRIL DEL 2007

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

EL C. OFICIAL 1 DEL REGISTRO CIVIL DOY FE.

C. AURELIA VILLARREAL SILLER
NOMBRE

FIRMA

TRAMITE No. 14097
ASIENTA C. AURELIA VILLARREAL SILLER
1970965

EXHIBIT M

# ESTADOS UNIDOS MEXICANOS
## REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA Y COMO OFICIAL **01** DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. **1** TOMO No. **1** DEL ARCHIVO DE ESTA OFICIALIA EN LA HOJA No. **163** SE ENCUENTRA ASENTADA EL ACTA No. **00163** DE FECHA **19/ABRIL/1983** LEVANTADA POR EL C. OFICIAL **01** DEL REGISTRO CIVIL CON RESIDENCIA EN **SAN BUENAVENTURA** MUNICIPIO DE **SAN BUENAVENTURA**, **COAHUILA** EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

### ACTA DE NACIMIENTO

NOMBRE **MARTIN ANASTACIO REYES OSUNA**

FECHA DE NACIMIENTO  AÑO **1983**   MES **ABRIL**   DIA **2**   HORA **01:30:00**

PRESENTADO [✓] VIVO   [ ] MUERTO   SEXO [✓] MASCULINO   [ ] FEMENINO

LUGAR DE NACIMIENTO
LOCALIDAD **MONCLOVA**   MUNICIPIO **MONCLOVA**   ENTIDAD **COAHUILA**   PAIS **MEXICO**

COMPARECIO **LA MADRE**

#### PADRES
NOMBRE **MARTIN REYES ADAME**              EDAD **31**  NACIONALIDAD **MEXICANA**
NOMBRE **JUANA SILVIA OSUNA GARCIA**        EDAD **26**  NACIONALIDAD **MEXICANA**

#### ABUELOS PATERNOS
NOMBRE **ANASTACIO REYES GONZALEZ**          NACIONALIDAD **MEXICANA**
NOMBRE **RAMONA ADAME CERVANTES**            NACIONALIDAD **MEXICANA**

#### ABUELOS MATERNOS
NOMBRE **FIDENCIO OSUNA AMADOR**             NACIONALIDAD **MEXICANA**
NOMBRE **GERTRUDIS GARCIA GARZA**            NACIONALIDAD **MEXICANA**

C.R.I.P. **050310183001639**        C.U.R.P **REOM830402HCLYSR04**

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN LOS ARTICULOS 156 DEL CODIGO CIVIL VIGENTE EN EL ESTADO Y 3°, 4°, 5° Y DEMAS RELATIVOS DE LA LEY REGLAMENTARIA DEL REGISTRO CIVIL PARA EL ESTADO DE COAHUILA EN SAN BUENAVENTURA A LOS 25 DIAS DEL MES DE ABRIL DEL 2007

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

EL C. OFICIAL 1 DEL REGISTRO CIVIL DOY FE.

C. AURELIA VILLARREAL SILLER
NOMBRE

FIRMA

TRAMITE No. **14085**
AGENTA **ISABEL CRISTINA MARTINEZ NAÑEZ**
**1970963**

# ESTADOS UNIDOS MEXICANOS
## REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA
Y COMO OFICIAL  **01**  DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. **1** TOMO No. **2**
DEL ARCHIVO DE ESTA OFICIALIA EN LA HOJA No. **12** SE ENCUENTRA ASENTADA EL ACTA No. **00212**
DE FECHA **19/MAYO/1987** LEVANTADA POR EL
C. OFICIAL **01** DEL REGISTRO CIVIL CON RESIDENCIA EN **SAN BUENAVENTURA**
MUNICIPIO DE **SAN BUENAVENTURA**, **COAHUILA** EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

### ACTA DE NACIMIENTO

NOMBRE **GUADALUPE ARENAS VARGAS**

FECHA DE NACIMIENTO
| AÑO | MES | DIA | HORA |
|---|---|---|---|
| 1985 | FEBRERO | 26 | 07:30:00 |

PRESENTADO [✓] VIVO   [ ] MUERTO   SEXO [ ] MASCULINO   [✓] FEMENINO

LUGAR DE NACIMIENTO
| LOCALIDAD | MUNICIPIO | ENTIDAD | PAIS |
|---|---|---|---|
| SAN BUENAVENTURA | SAN BUENAVENTURA | COAHUILA | MEXICO |

COMPARECIO **LA MADRE**

#### PADRES
NOMBRE ——————  EDAD ——  NACIONALIDAD ——
NOMBRE **EDELMIRA ARENAS VARGAS**  EDAD **35**  NACIONALIDAD **MEXICANA**

#### ABUELOS PATERNOS
NOMBRE ——————  NACIONALIDAD ——
NOMBRE ——————  NACIONALIDAD ——

#### ABUELOS MATERNOS
NOMBRE **FELIPE ARENAS MORENO**  NACIONALIDAD **MEXICANA**
NOMBRE **VICTORIA VARGAS ZUÑIGA**  NACIONALIDAD **MEXICANA**

C.R.I.P. **050310187002125**   C.U.R.P **AEVG850226MCLRRD00**

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN LOS ARTICULOS 156 DEL CODIGO CIVIL VIGENTE EN EL ESTADO Y 3°, 4°, 5° Y DEMAS RELATIVOS DE LA LEY REGLAMENTARIA DEL REGISTRO CIVIL PARA EL ESTADO DE COAHUILA EN SAN BUENAVENTURA
A LOS 25 DIAS DEL MES DE ABRIL DEL 2007

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL



EL C. OFICIAL 1 DEL REGISTRO CIVIL DOY FE.

C. AURELIA VILLARREAL SILLER
NOMBRE

FIRMA

TRAMITE No. **14064**
ASIENTA **ISABEL CRISTINA MARTINEZ NAÑEZ**

**1970962**




## ESTADOS UNIDOS MEXICANOS
## REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA
Y COMO OFICIAL **01** DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. **1** TOMO No. **2**
DEL ARCHIVO DE ESTA OFICIALIA EN LA HOJA No. **128** SE ENCUENTRA ASENTADA EL ACTA No. **00328**
DE FECHA **03/OCTUBRE/2002** LEVANTADA POR EL
C. OFICIAL **01** DEL REGISTRO CIVIL CON RESIDENCIA EN **SAN BUENAVENTURA**
MUNICIPIO DE **SAN BUENAVENTURA**, **COAHUILA** EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

### ACTA DE NACIMIENTO

NOMBRE **ZAID MARTIN REYES ARENAS**

FECHA DE NACIMIENTO   **2002** AÑO   **MAYO** MES   **10** DIA   **23:55:00** HORA

PRESENTADO ☑ VIVO   ☐ MUERTO   SEXO ☑ MASCULINO   ☐ FEMENINO

LUGAR DE NACIMIENTO
**MONCLOVA** LOCALIDAD   **MONCLOVA** MUNICIPIO   **COAHUILA** ENTIDAD   **MEXICO** PAIS

COMPARECIO **AMBOS**

### PADRES
NOMBRE **MARTIN ANASTACIO REYES OSUNA**   EDAD **19**   NACIONALIDAD **MEXICANA**
NOMBRE **GUADALUPE ARENAS VARGAS**   EDAD **17**   NACIONALIDAD **MEXICANA**

### ABUELOS PATERNOS
NOMBRE **MARTIN REYES ADAME**   NACIONALIDAD **MEXICANA**
NOMBRE **JUANA SILVIA OSUNA GARCIA**   NACIONALIDAD **MEXICANA**

### ABUELOS MATERNOS
NOMBRE ————   NACIONALIDAD ————
NOMBRE **EDELMIRA ARENAS VARGAS**   NACIONALIDAD **MEXICANA**

C.R.I.P. **05031010200328D**   C.U.R.P. ————

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN LOS ARTICULOS 158 DEL CODIGO CIVIL VIGENTE EN
EL ESTADO Y 3°, 4°, 5° Y DEMAS RELATIVOS DE LA LEY REGLAMENTARIA DEL REGISTRO CIVIL PARA EL ESTADO
DE COAHUILA EN SAN BUENAVENTURA
A LOS 25 DIAS DEL MES DE ABRIL DEL 2007

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

EL C. OFICIAL 1 DEL REGISTRO CIVIL DOY FE.

C. AURELIA VILLARREAL SILLER
NOMBRE

FIRMA

TRAMITE No. **14086**
ASIENTA **ISABEL MARTINEZ NAÑEZ**

**1970964**