

EXHIBIT N

JL Steel008907