```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
            HOUSTON DIVISION

GUADALUPE ARENAS VARGAS,     )
ET AL                        )
         Plaintiffs,         )
                             )
VS.                          ) C.A. NO. 4:09-cv-02521
                             )
TRAYLOR BROTHERS, INC., ET   )
AL                           )
         Defendants.         )
```

---

ORAL DEPOSITION OF

GUADALUPE ARENAS VARGAS

MARCH 1, 2012

---

ORAL DEPOSITION OF GUADALUPE ARENAS VARGAS, produced as a witness at the instance of Mr. Charles G. Clayton, IV, and duly sworn, was taken in the above-styled and numbered cause on March 1, 2012, from 12:38 p.m. to 4:18 p.m., before Gina D. Ellis, CSR in and for the State of Texas, reported by machine shorthand, at The Buzbee Law Firm, JP Morgan Chase Tower, 600 Travis, Suite 7300, Houston, Texas, pursuant to the Federal Rules of Civil Procedure.


EXHIBIT A

```
 1                A P P E A R A N C E S
 2

 3      MR. CHRISTOPHER K. JOHNS
        The Buzbee Law Firm
 4      JP Morgan Chase Tower
        Houston, Texas 77002-3015
 5      ATTORNEY FOR PLAINTIFF

 6
        MR. CHARLES G. CLAYTON, IV
 7      LeBlanc Bland
        909 Poydras Street, Suite 1860
 8      New Orleans, Louisiana 70112
        ATTORNEY FOR KIEWIT ENGINEERING
 9

10
        MR. SCOTT J. HEDLUND
11      Deutsch, Kerrigan & Stiles
        755 Magazine Street
12      New Orleans, Louisiana 70130
        ATTORNEY FOR MODJESKI & MASTERS
13

14      INTERPRETER:
        Ms. Minerva Garcia
15      Interpreting By The Word
        281-900-8551
16
        ALSO PRESENT:
17      Ms. Elisa A. Smith
        Mr. Ricky Garcia
18

19

20

21

22

23

24

25
```

1 wanted him and wanted him to take care of us from up
2 there." And that's it. He started crying. He hugged
3 me and both of us cried.
4     Q. Do you know why Martin only returned to Mexico
5 once before he died?
6     A. Well, yes, for him it was very difficult to go
7 to Mexico and come back to United States without
8 documents and very dangerous.
9     Q. When Martin returned in 2005 to visit, you
10 talked about how he went with Zaid to the carnival and
11 spent time with him. Did you also spend time with
12 Martin during this visit?
13     A. Yes.
14         MR. HEDLUND: Objection, asked and
15 answered.
16     A. Yes, the day before.
17     Q. (BY MR. JOHNS) Okay. What did you do?
18     A. We talked about living together again. That he
19 was going to come back to the United States to send us,
20 Zaid and me, directly to support us.
21     Q. Did you go do anything with him? Did you go to
22 a carnival or did you go out -- did you go any place
23 with him during this visit?
24     A. We went to have dinner. And then we went to a
25 park, and we were talking there.

1    Q.  Okay.

2         MR. JOHNS:  That's all I have.

3         MR. CLAYTON:  I have like one follow-up

4    question.

5         MR. JOHNS:  That's fine.  That's all I

6    have.  And just for the record, we're not going to -- I

7    think I might have said earlier we're going to waive

8    signature, but we're not going to waive signature.  So

9    go ahead, Chuck.

10

11   EXAMINATION BY MR. CLAYTON:

12       Q.  Do you know if Martin had a green card that

13   allowed him to work in the United States legally?

14       A.  No, I don't know.

15       Q.  Do you know if the reason that Martin was

16   unable to come back only one time was due to his status

17   in the United States as an illegal alien?

18       A.  I don't know.

19       Q.  During the time that you spoke with Martin in

20   July of 2005, did he discuss with you his concerns about

21   returning to the United States to go back to work

22   because he had no papers?

23       A.  Yes.

24       Q.  What did he say?

25       A.  Well, that he had to return because he had a

1  job; and he was not able to be far away so long without
2  working.
3      Q.  Did he tell you how he was going to get back
4  across the border?
5      A.  Illegally.
6      Q.  Illegally?
7      A.  Yes.
8      Q.  Those are all the questions I have.  That's it.
9  Thank-you.
10          MR. JOHNS:  Okay.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25