



EXHIBIT C

JL Steel008907