

## ESTADOS UNIDOS MEXICANOS
## REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE COAHUILA DE ZARAGOZA Y COMO OFICIAL **01** DEL REGISTRO CIVIL, CERTIFICO QUE EN EL LIBRO No. **1** TOMO No. **1** DEL ARCHIVO DE ESTA OFICIALIA EN LA HOJA No. **163** SE ENCUENTRA ASENTADA EL ACTA No. **00163** DE FECHA **19/ABRIL/1983** LEVANTADA POR EL C. OFICIAL **01** DEL REGISTRO CIVIL CON RESIDENCIA EN **SAN BUENAVENTURA** MUNICIPIO DE **SAN BUENAVENTURA**, **COAHUILA** EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS:

### ACTA DE NACIMIENTO

NOMBRE **MARTIN ANASTACIO REYES OSUNA**

FECHA DE NACIMIENTO: AÑO **1983**  MES **ABRIL**  DIA **2**  HORA **01:30:00**

PRESENTADO ☑ VIVO  ☐ MUERTO   SEXO ☑ MASCULINO  ☐ FEMENINO

LUGAR DE NACIMIENTO: LOCALIDAD **MONCLOVA**  MUNICIPIO **MONCLOVA**  ENTIDAD **COAHUILA**  PAIS **MEXICO**

COMPARECIO **LA MADRE**

**PADRES**

NOMBRE **MARTIN REYES ADAME**  EDAD **31**  NACIONALIDAD **MEXICANA**
NOMBRE **JUANA SILVIA OSUNA GARCIA**  EDAD **26**  NACIONALIDAD **MEXICANA**

**ABUELOS PATERNOS**

NOMBRE **ANASTACIO REYES GONZALEZ**  NACIONALIDAD **MEXICANA**
NOMBRE **RAMONA ADAME CERVANTES**  NACIONALIDAD **MEXICANA**

**ABUELOS MATERNOS**

NOMBRE **FIDENCIO OSUNA AMADOR**  NACIONALIDAD **MEXICANA**
NOMBRE **GERTRUDIS GARCIA GARZA**  NACIONALIDAD **MEXICANA**

C.R.I.P. **050310163001639**   C.U.R.P **REOM830402HCLYSR04**

SE EXTIENDE ESTA CERTIFICACION, CON FUNDAMENTO EN LOS ARTICULOS 156 DEL CODIGO CIVIL VIGENTE EN EL ESTADO Y 3°, 4°, 5° Y DEMAS RELATIVOS DE LA LEY REGLAMENTARIA DEL REGISTRO CIVIL PARA EL ESTADO DE COAHUILA EN SAN BUENAVENTURA A LOS 25 DIAS DEL MES DE ABRIL DEL 2007

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

EL C. OFICIAL 1 DEL REGISTRO CIVIL DOY FE.

C. AURELIA VILLARREAL SILLER
NOMBRE

FIRMA

TRAMITE No. **14085**
ABIENTA ISABEL CRISTINA MARTINEZ NAÑEZ

**1970963**

EXHIBIT D