

# J.L. STEEL, L.P.

005824  #3089

| Para Uso de la Oficina Solamente |
|---|
| Resultados de Droga: _____ |
| Empleado por: _____ |
| Pago $ _____ |
| 1er dia de Trabajo: _____ |

## APLICACION PARA EMPLEO

Proveer informacion que solicita
Aplicaciones que esten incompletos o si no estan legibles no van hacer tramitadas

### INFORMACION PERSONAL

Fecha 05/28/08

Nombre  Reyes  Osuna  Martin  A.
        Apellido    Primero de pila    Inicial de Segundo de pila

Numero de Seguro Social 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

Domicilio 9935 Middle Fiskville    Ciudad Austin

Estado TX    Codigo Postal 78753    Telefono (512) 767-0361

Estas autorizo de trabajar en los Estados Unidos? Si ✓  No ___   Estas empleado ahora? ___

Con quien? ___    Conozas alguien con esta compania? Si

Si la repuesta es si, quien? Cesar Corona    Que es la relacion? Amigo

### EXPERENCIA DE TRABAJO

Proveer una lista de experencia de los ultimos dos anos.

| Fecha Mes/Año | Nombre de la Compania Ciudad Y Estado | Clave de Area | Numero de Telefono | Nombre de Supervisor Inmediato | Tipo de Trabajo |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Posicion que solicita: _____    Pago que solicita: $ _____

Quien, si alguien, refirio usted a nosotros? _____

Aceptas empleo afuera del pueblo? Si  Si    No _____

### POR FAVOR DE LEER CON CUIDADO

Es la poliza de J.L. Steel, L.P. de proporcionar igualmente la oportunidad de empleo a todos los aspirantes calificados sin tomar en consideracion la raza, religion, edad, sexo, color, origen nacional, incapacidad fisico o mental, estado como veterano incapacitado o veterano del era Vietnam.

Yo certifico que la informacion en la aplicacion es de verdad y corrector segun me entiendo J.L. Steel, L.P. esta autorizado a investigar mi historia personal usando cualquier agencia que prefiere. Yo entiendo que prueba de autorizacion para empleo es necesario antes de tener empleo segun la reforma de inmigracion y actuar cotrolar de 1986. Yo entiendo ques es necesario de pasar un fisico completo incluyendo un preba de drogas antes de tener empleo.

**EXHIBIT E**

Martin Reyes Osuna
FIRMA

# CONTACTOS DE EMERGENCIA

Tu Nombre: Martin Reyes

En caso de emergencia, notificar: (Nombre): Angel Corona

(Relación): Amigo

(Telefono): 512-762-8879

(Telefono de Trabajo): _____

(Dirección): 605 Materson Pass #921

(Ciudad, Estado, Codigo Postal): Austin TX 78753

Segundo Contacto:

(Nombre): _____

(Relación): _____

(Telefono): _____

(Telefono de Trabajo): _____

(Dirección): _____

(Ciudad, Estado, Codigo Postal): _____

Por favor liste cualquier alergias o especial condición medica que pueda ser afectada por atención de emergencia medica:

# Form W-4 (2007)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2007 expires February 16, 2008. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $850 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/multiple job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners/Multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2007. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

## Personal Allowances Worksheet (Keep for your records.)

A Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . A ____

B Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

B ____

C Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . C ____

D Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . D ____

E Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . E ____

F Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . F ____
(Note. Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G **Child Tax Credit** (including additional child tax credit). See Pub 972, Child Tax Credit, for more information.
- If your total income will be less than $57,000 ($85,000 if married), enter "2" for each eligible child.
- If your total income will be between $57,000 and $84,000 ($85,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have 4 or more eligible children. G ____

H Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ► H ____

**For accuracy, complete all worksheets that apply.**
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job or are married and you and your spouse both work** and the combined earnings from all jobs exceed $40,000 ($25,000 if married) see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

--------

Cut here and give Form W-4 to your employer. Keep the top part for your records.

--------

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | **2007** |

1 Type or print your first name and middle initial: **Martin**    Last name (Primer Nombre y Apellido): **Martin Reyes**    2 Your social security number (Seguro Social): **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**

Home address (number and street or rural route) (Domicilio): **9435 Middle Fiskville**

3 ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code (Ciudad, Estado, y Código): **Austin tx 78753**

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ► ☐

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) ► 5 ____

6 Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . 6 $ **1**

7 I claim exemption from withholding for 2007, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . . . ► 7 ____

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (Su Firma) ► **Martin Reyes**    Date (Fecha) ► **05-21-08**

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2007)

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins.

Print Name: Last (Apellido) **Reyes**  First (Primer Nombre) **Martin**  Middle Initial  Maiden Name

Address (Street Name and Number) Direccion **9435 Middle Fiskville**  Apt. # **105**  Date of Birth (month/day/year) **04-02-83**

City (Ciudad) **Austin**  State (Estado) **TX**  Zip Code **78753**  Social Security # **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**

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- [ ] A citizen or national of the United States
- [ ] A Lawful Permanent Resident (Alien # A_____)
- [ ] An alien authorized to work until __/__/__
  (Alien # or Admission #)

Employee's Signature (Firma) **Martin Reyes**  Date (month/day/year) **05/28/08**

### Preparer and/or Translator Certification. (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature  Print Name

Address (Street Name and Number, City, State, Zip Code)  Date (month/day/year)

## Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: | | **ID Card** | | **SS Card** |
| Issuing authority: | | **Consulmex Austin** | | **SSA** |
| Document #: | | **3548763** | | **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** |
| Expiration Date (if any): __/__/__ | | **10/18/2010** | | __/__/__ |
| Document #: | | | | |
| Expiration Date (if any): __/__/__ | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) __/__/__ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative  Print Name **Jesse Villalobos**  Title **Foreman**

Business or Organization Name **JL Steel LP**  Address (Street Name and Number, City, State, Zip Code)  Date (month/day/year) **5-21-08**

## Section 3. Updating and Reverification. To be completed and signed by employer.

A. New Name (if applicable)  B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____  Document #: _____  Expiration Date (if any): __/__/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative  Date (month/day/year)





# HAZARD COMMUNICATION

I, __Martin Reyes__, certify that I have viewed an orientation film, and I understand that J.L. Steel, L.P. has a Hazard Communication Program in place. I also understand that the MSDS sheets on materials used by J.L. Steel, L.P. are available for my review at their Roanoke office located at 4501 Hwy 377 North, Roanoke, Texas 76262.

I am also aware that the hazardous chemicals used by J.L. Steel, L.P. throughout their job sites and shop area. These MSDS sheets are available for my review at the field office of the general contractors that J.L. Steel, L.P. presently holds sub-contracts with.

Date:
(Fecha) __05-28-08__

Signature:
(Firma) __Martin Reyes__

P.O. Box 1910 Roanoke, Texas 76262
(T) 817-430-2410 (F) 817-491-3621
www.jlsteel.com



# DRUG SCREEN AND SOBRIETY EXAMINATION CONSENT FORM

I voluntarily agree to provide breath, and/or urine for drug or alcohol testing. I agree to provide breath, urine, and / or alcohol and authorize J.L. Steel, L.P. to use such specimens in any manner it deems appropriate.

I further understand that failure to submit to the testing, or testing positive will disqualify me for employment. I release J.L. Steel, L.P. and its employees and officers from any claims of liability related to the enforcement of it's employment policies.

Martin Reyes
NAME
(NOMBRE)

Martin Reyes
SIGNATURE
(FIRMA)

05-21-08
DATE
(FECHA)

P.O. Box 1910 Roanoke, Texas 76262
(7) 817-430-2410 (F) 817-491-3431
www.jlsteel.com



**J.L. STEEL, L.P.**

05-21-08
_____
DATE
(FECHA)

# PAYROLL DEDUCTION AUTHORIZATION FORM

NAME: _Martin Reyes_
(NOMBRE)

I hereby authorize J.L. Steel, L.P. to deduct from my paycheck a weekly deduction for repayment of any loans, advance wages, group insurance contributions, group retirement contributions, credit union notes, tools, tires, gasoline, repairs and / or for damages resulting from my gross negligence. I agree that in case of my resignation, or discharge, the entire balance due for any of the above deduction agreements may be deducted from my final pay.

I understand that the regularly scheduled paycheck is Friday of each week, and that in case of my termination, regardless of the reason, I will not be issued my final paycheck until payday.

_Martin Reyes_
SIGNATURE
(FIRMA)

WITNESSED: _[signature]_

P.O. Box 1910 Roanoke, Texas, 76262
(T) 817-430-2410 (F) 817-491-3431
www.jlsteel.com





**J.L. STEEL, L.P.**

# PREVIOUS EMPLOYER INFORMATION RELEASE

I have applied for a position with <u>J.L. Steel, L.P.</u> and I desire that they be fully advised of my record with former employers. I therefore respectfully request that you furnish the necessary information concerning my employment with your organization, and I hereby release you from any and all liability or damages for providing the information requested.

Print Name _Martin Reyes_
(Nombre)

Sign Here _Martin Reyes_
(Firma)

Date _05-21-08_
(Fecha)



P.O. Box 1910 Roanoke, Texas 76262
(T) 817-430-2410 (F) 817 491-9831
www.jlsteel.com



# EL REGISTRO DE AUTOMÓVIL COMPRUEBA

PARA SER COMPLETADO POR EL EMPLEADO ANTICIPADO

Yo, (Nombre de Impresión) __Martin   A.   Reyes__
                        Primero,   M.I.   el Apellido

Por la presente autorizan J.L. Acero, L.P. para obtener un informe que contiene información en cuanto a mi historia previa conductor. Libero J.L. Acero, L.P. y sus empleados y oficiales de cualquier reclamación de responsabilidad relacionada con procedimiento.

__Martin Reyes__         __05-21-08__
Firma                           Fecha

P.O. Box 1910 Roanoke, Texas 76262
(T) 817-490-2410, (F) 817-491-3831
www.jlsteel.com

