UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUADALUPE ARENAS VARGAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-09-2521 |
| § | |
| KIEWIT LOUISIANA CO., et al., § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is Defendant Modjeski & Master, Inc.'s Motion for Partial Summary Judgment or, in the alternative, for Clarification of Court's March 26, 2012 Opinion and Order (Doc. No. 93). Plaintiff has since filed a Fourth Amended Complaint (Doc. No. 94) asserting claims under Louisiana law, as directed in the Court's Memorandum and Order (Doc. No. 89). Accordingly, Defendant's Motion is **DENIED AS MOOT.**

Also pending is The Hartford Group's Motion for Leave to Amend Intervention (Doc. No. 97). The parties remaining in this case have advised the Court that they are unopposed to the relief requested. Accordingly, this Motion is **GRANTED.** The Clerk is directed to file The Hartford Group's Amended Petition of Intervention (Doc. No. 97-3).

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 9th day of May, 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1